Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PORFIRIO GARZA, individually and on behalf of all others similarly situated, | No. 2:25-cv-01941-KKE |
| Plaintiff, | **FIRST AMENDED CLASS ACTION COMPLAINT** |
| v. | |
| REGAL CINEMAS, INC., and DOES 1-20, as yet unknown Washington entities, | |
| Defendants. | |

Plaintiff Porfirio Garza ("Plaintiff" or "Mr. Garza"), individually and on behalf of all others similarly situated ("Class"), brings this action against Defendant Regal Cinemas, Inc. ("Defendant" or "Regal Cinemas") and alleges, upon personal knowledge as to Plaintiff's own actions and Plaintiff's counsel's investigation, and upon information and belief as to all other matters, as follows:

## I.     NATURE OF THE CASE

1.     This is a class action lawsuit to remedy Defendant's business practice of illegally restricting, restraining, and prohibiting low-wage workers from engaging in lawful professions, trades, and businesses and from accepting or transacting business with customers in violation of Washington's Noncompetition Covenants Act, chapter 49.62 RCW.

2.     The Washington Legislature ("Legislature") enacted chapter 49.62 RCW,

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

effective January 1, 2020, to facilitate workforce mobility and protect low-wage workers by prohibiting restrictive covenants that limit competition or hiring. *See* RCW 49.62.005.

3.    In so doing, the Legislature found that "[w]orkforce mobility is important to economic growth and development" and that "[a]greements limiting competition or hiring may be contracts of adhesion that may be unreasonable." RCW 49.62.005(1)-(2).

4.    The Legislature defined a "noncompetition covenant" to include "every written or oral covenant, agreement, or contract by which an employee or independent contractor is prohibited or restrained from engaging in a lawful profession, trade, or business of any kind." RCW 49.62.010(4).

5.    Effective January 1, 2020, "an employer may not restrict, restrain, or prohibit an employee earning less than twice the applicable state minimum hourly wage from having an additional job, supplementing their income by working for another employer, working as an independent contractor, or being self-employed." RCW 49.62.070(1).

6.    In prohibiting employers from restricting low-wage workers' ability to hold supplemental employment, the Legislature—as confirmed by the Washington Supreme Court—recognized that "many low wage workers must work multiple jobs" to earn a livable wage and "to provide for themselves and their families." *David v. Freedom Vans, LLC*, 4 Wn.3d 242, 244, 253 (2025). Recognizing this economic reality, the Legislature specifically intended to "broadly protect" these economically vulnerable workers "by allowing them to secure supplemental employment within their industry." *Id.* at 249 n.3 (citing ENGROSSED SUBSTITUTE H.B. 1450, 66th Leg., Reg. Sess. (Wash. 2019)).

7.    If an employer seeks greater control over their employees by restricting the worker's freedom to hold an additional job, "they have a simple solution—pay the worker more than twice the applicable state minimum hourly wage." *Id.* at 260 (Lewis, J., concurring).

8.    To better protect Washington workers from unreasonable and illegal restrictive covenants, the Legislature mandated that chapter 49.62 RCW "be construed liberally for the accomplishment of its purposes." RCW 49.62.110.

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

9.      In 2024, the Legislature clarified the liberal construction mandate of chapter 49.62 RCW in response to courts "misinterpret[ing]" the statutory provisions and "fail[ing] to embrace that the statute should be liberally construed." S.B. REP. ON ENROLLED SUBSTITUTE S.B. 5935, 68th Leg., Reg. Sess. (Wash. Feb. 6, 2024) ("ESSB 5935 Bill Report"). The Legislature clarified the importance of this liberal mandate by repeating its express requirement that courts "liberally constru[e]" the "provisions in [chapter 49.62 RCW] facilitating workforce mobility and protecting employees and independent contractors" and "narrowly constru[e]" its exceptions. RCW 49.62.005(3); SSB 5935, 68th Leg., Reg. Sess. (Wash. 2024) (effective June 6, 2024); *see also David*, 4 Wn.3d at 245, 247, 248-50 (applying liberal construction to RCW 49.62.070).

10.     In the 2024 amendments, the Legislature also clarified that the prohibition on noncompetition covenants includes "agreement[s] that directly or indirectly prohibit[] the acceptance or transaction of business with a customer." RCW 49.62.010(4). The Legislature intended to clarify that an employer cannot prevent a former employee from accepting business from customers. ESSB 5935 Bill Report at 4. This amendment was, again, in direct response to "courts . . . misconstru[ing] nonacceptance of business clauses as nonsolicitation covenants." *Id.*

11.     Supporters of the 2024 amendments, which clarified worker protections, highlighted the harm of noncompete clauses generally, noting that these restrictions "interfere with a person's ability to seek or accept a new job," "suppress wages[,] and allow[] large companies to control workers." ESSB 5935 Bill Report at 4.

12.     In violation of chapter 49.62 RCW generally, and RCW 49.62.070 specifically, Defendant unlawfully restricted, restrained, or prohibited Plaintiff and approximately 2,000 Class members from having an additional job, supplementing their income by working for another employer, working as an independent contractor, or being self-employed, while paying them less than twice the applicable state minimum hourly wage.

13.     Plaintiff and each Class member seek $5,000 in statutory damages, as well as their respective attorneys' fees and costs, as set forth in RCW 49.62.080.

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

## II.    JURISDICTION AND VENUE

14.    Based on Defendant's representation in its Notice of Removal, ECF No. 1, jurisdiction is proper in this Court pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d).

15.    Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the action was removed by Defendant to the U.S. District Court for the Western District of Washington, which encompasses King County, the place where the action was pending.

## III.    PARTIES

16.    Plaintiff Porfirio Garza resides in Snohomish, Washington, and was employed by Defendant in Washington.

17.    Defendant Regal Cinemas, Inc. is a foreign profit corporation that regularly transacts business in King County, Washington and has offices for the transaction of business in King County, Washington, including at 1501 7th Avenue, Seattle, Washington; 301 Northeast 103rd Street, Seattle, Washington 98125, and at 5910 South 180th Street, Tukwila, Washington 98188.

18.    Plaintiff is currently unaware of the true names and capacities of the defendants sued herein under fictitious names Does 1-20, inclusive, and therefore sues such defendants by such fictitious names. Plaintiff will seek leave to amend this complaint to allege the true names and capacities of the fictitiously named defendants when their true names and capacities have been ascertained. Plaintiff is informed and believes, and thereon alleges, each of the fictitiously named defendants is legally responsible in some manner for the events and occurrences alleged herein, and for the damages suffered by Plaintiff and the Class.

## IV.    STATEMENT OF FACTS

**Regal Cinemas' Business Operations**

19.    Regal Cinemas "operates one of the largest and most geographically diverse theatre circuits in the United States, consisting of 5,511 screens in 404 theatres in 41 states along with the District of Columbia and Guam as of September 25, 2025." ABOUT REGAL, https://www.regmovies.com/about (last visited Oct. 16, 2025).

20.    According to Vice President of Legal Affairs, Lorie Walker, Regal Cinemas "has had approximately 2,000 employees in Washington State who earned less than twice the applicable minimum hourly wage since September 4, 2022." Declaration of Lorie Walker in Support of Notice of Removal ("Walker Decl.") ¶ 5.

21.    Regal Cinemas requires that all employees, irrespective of pay, location, or job title, review, abide by, sign, and acknowledge the covenants set forth in its "Cast Performance Handbook" as a condition of employment and continued employment.

22.    Regal Cinemas provides its Cast Performance Handbook to all employees at the outset of their employment and periodically during employment as updated versions are published.

23.    The Cast Performance Handbook includes an "Outside Employment" covenant, a true and correct copy of which is attached hereto as Exhibit A, which states in pertinent part:

> **Outside Employment**
>
> Although employment outside of the company is not necessarily a conflict of interest, depending upon your position with Regal and Regal's relationship with the other company, a conflict could arise. Outside employment also could be a conflict of interest if it causes you, or might be perceived by others to cause you, to choose between that interest and the interests of Regal.
>
> Any outside work assumed by employees must not interfere with their responsibilities to Regal. An employee should discuss this matter with his/her immediate supervisor before engaging in additional employment. Employees are prohibited from engaging in outside employment of a similar nature to their work with Regal, except with approval from the Operations vice president.

24.    This outside employment covenant within Regal Cinemas' Cast Performance Handbook ("Outside Employment Covenant") impermissibly restricts, restrains, and/or prohibits employees from engaging in lawful professions, trades, or businesses, including working for Regal Cinemas' competitors.

25.    Upon information and belief, Regal Cinemas requires that all employees undergo training on the Case Performance Handbook generally, and on the Outside Employment Covenant

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

specifically, which takes place when employees are first hired and periodically throughout the duration of their employment.

26.    Upon information and belief, Regal Cinemas maintains additional written covenants, oral covenants, and/or contracts governing its employees' ability to engage in lawful professions, trades, or businesses, including working for competitors, as well as their ability to accept or transact business with customers.

27.    The Outside Employment Covenant and other outside employment policies and practices are unlawful and unreasonable in that they restrict, restrain, and prohibit all employees from having additional jobs, supplementing their income by working for other employers, working as independent contractors or being self-employed.

28.    The Outside Employment Covenant and other outside employment policies and practices reflect a standard business practice designed to prevent Plaintiff and Class members—employees earning less than twice the Washington minimum wage—from having second jobs.

**Plaintiff Porfirio Garza**

29.    Plaintiff is a former employee of Regal Cinemas.

30.    Plaintiff worked as a Bartender for Regal Cinemas from approximately October 2023 through his termination in August 2025.

31.    Plaintiff worked at the Regal Cinemas located at 24240 Van Ry Boulevard, Mountlake Terrace, Washington 98043.

32.    Plaintiff earned approximately $21.75 per hour throughout the duration of his employment with Regal Cinemas.

33.    Plaintiff earned less than twice the applicable Washington minimum wage throughout the duration of his employment with Regal Cinemas.

34.    Upon hire, Regal Cinemas provided Plaintiff with a copy of the Cast Performance Handbook, which he was required to review, sign, acknowledge, and agree to be bound by.

35.    Regal Cinemas' management informed Plaintiff that he was required to abide by all of the covenants within the Cast Performance Handbook, including the Outside Employment

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

Covenant, as a condition of employment and continued employment.

36.    Plaintiff was prohibited from obtaining supplemental employment with any of Regal Cinemas' competitors as a result of being bound to the Outside Employment Covenant within the Cast Performance Handbook.

37.    Plaintiff was also prohibited from obtaining supplemental employment as a bartender at any establishment whatsoever as a result of being bound to the Outside Employment Covenants within the Cast Performance Handbook.

38.    Regal Cinemas restricted, restrained, and prohibited Plaintiff from having an additional job, supplementing his income by working for another employer, working as an independent contractor, or being self-employed.

39.    But for Regal Cinemas binding Plaintiff to its Outside Employment Covenant, Plaintiff would have explored opportunities to supplement his income by moonlighting at Regal Cinemas' competitors and at other establishments where he could work as a bartender.

40.    Plaintiff suffered economic and non-economic harm and damages, including but not limited to lost income opportunities, reduced bargaining power and workforce mobility, unemployment risk, and diminished career mobility as a result of being restricted, restrained, and prohibited from working for Regal Cinemas' competitors or for other establishments where he could work as a bartender.

41.    Plaintiff also suffered economic harm and damages in the form of underpaid wages as Plaintiff should have earned more than $31.48 per hour in 2023, more than $32.56 per hour in 2024, and more than $33.32 per hour in 2025.

42.     As a result of Regal Cinemas' violations of RCW 49.62.070, Plaintiff seeks statutory damages of $5,000, plus reasonable attorneys' fees and costs.

**Plaintiff and Class Members**

43.    Plaintiff and Class members are current and former Washington employees of Regal Cinemas.

44.    During the Class Period, Plaintiff and Class members earned less than twice the

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

applicable state minimum hourly wage as set forth below:

| Year | Washington Min. Wage | RCW 49.62.070(1) Threshold |
|------|---------------------|---------------------------|
| 2022 | $14.49 per hour | $28.98 per hour |
| 2023 | $15.74 per hour | $31.48 per hour |
| 2024 | $16.28 per hour | $32.56 per hour |
| 2025 | $16.66 per hour | $33.32 per hour |

*History of Washington State's Minimum Wage*, WASH. STATE DEP'T OF LAB. & INDUS., https://lni.wa.gov/workers-rights/wages/minimum-wage/history-of-washington-states-minimum-wage (last visited Oct. 17, 2025); RCW 49.62.070(1).

45.    Despite earning less than twice the applicable state minimum hourly wage from their employer Regal Cinemas, Class members were subject to, and were required to abide by, Regal Cinemas' Outside Employment Covenant.

46.    Upon information and belief, Plaintiff and Class members were subject to additional written covenants, oral covenants, agreements, and/or contracts prohibiting, restricting, and restraining them from having an additional job, supplementing their income by working for another employer, working as an independent contractor, or being self-employed despite earning less than twice the applicable state minimum hourly wage from Regal Cinemas.

47.    Regal Cinemas restricted, restrained, and prohibited Plaintiff and Class members from having an additional job, supplementing their income by working for another employer, working as an independent contractor, or being self-employed.

48.    By restricting, restraining, and prohibiting Plaintiff and Class members from having an additional job, supplementing their income by working for another employer, working as an independent contractor, or being self-employed while paying them less than twice the applicable state minimum hourly wage, Regal Cinemas violated their statutory rights under chapter 49.62 RCW.

49.    Plaintiff and Class members suffered economic and non-economic harm and damages, including but not limited to lost income opportunities, reduced bargaining power,

unemployment risk, and diminished career mobility as a result of being restricted, restrained, and prohibited from having an additional job by Regal Cinemas.

50.     Plaintiff and Class members also suffered economic harm and damages in the form of underpaid wages as they should have been paid at least twice the applicable Washington state minimum hourly wage while being restricted, restrained, and prohibited from having an additional job, supplementing their income by working for another employer, working as an independent contractor, or being self-employed.

51.     As a result of Regal Cinemas' violations of RCW 49.62.070, Plaintiff and Class members seek statutory damages of $5,000, plus their reasonable attorneys' fees and costs.

## V.     CLASS ACTION ALLEGATIONS

52.     <u>Class Definition</u>. Under Civil Rule 23(a) and (b)(3), Plaintiff brings this case as a class action against Defendant on behalf of the Class defined as follows:

> All current and former employees of Regal Cinemas, Inc., who worked in Washington and earned less than twice the applicable state minimum hourly wage from July 28, 2022, through the date of certification of the Class.

53.     Excluded from the Class is Defendant and its officers and directors.

54.     <u>Numerosity</u>. There are at least 2,000 Washington employees who earned less than twice the applicable state minimum hourly wage, and were restricted, restrained, or prohibited from having an additional job. Joinder of all such individuals is impracticable. Further, the disposition of all claims of the Class in a single action will provide substantial benefits and efficiency to all parties and to the Court.

55.     <u>Commonality</u>. Because Class members were subject to identical or virtually identical policies and practices as Plaintiff, this is a straightforward matter of determining whether Defendant's actions violate Washington law and, if so, assessing statutory damages.

56.     <u>Typicality</u>. Plaintiff's claims are typical of the claims of the Class. Plaintiff and Class members all worked for Defendant in Washington, earned less than twice the applicable

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

state minimum hourly wage, and were restricted, restrained, or prohibited from having an additional job.

57.  <u>Adequacy</u>. Plaintiff will fairly and adequately protect the interests of the Class. Plaintiff has retained competent and capable attorneys with substantial experience in complex class action litigation. Plaintiff and Plaintiff's counsel are committed to prosecuting this action vigorously on behalf of the Class and have the financial resources to do so. Neither Plaintiff nor Plaintiff's counsel have interests that are contrary to, or that conflict with, those of the Class.

58.  <u>Predominance</u>. Defendant has engaged in a common course of conduct of restricting, restraining, or prohibiting low-wage workers from having an additional job in violation of RCW 49.62.070. The common issues arising from Defendant's unlawful conduct affect Plaintiff and Class members and predominate over any individual issues. Adjudication of these common issues in a single action has the important and desirable advantage of judicial economy.

59.  <u>Superiority</u>. Plaintiff and the Class have suffered, and will continue to suffer, harm and damages as a result of Defendant's unlawful conduct. However, absent a class action, most Class members would find the cost of litigating their claims prohibitive, especially when that cost is balanced against each individual's respective potential award. Class treatment is superior to multiple individual lawsuits or piecemeal litigation because it conserves judicial resources, promotes consistency and efficiency of adjudication, provides a forum for claimants with smaller cases and those with few resources, and deters illegal activities. There will be no significant difficulty in the management of this case as a class action. The members of the Class and the agreements they were subject to are readily identifiable through Defendant's records.

## VI.    CAUSES OF ACTION

### **FIRST CAUSE OF ACTION**
**VIOLATION OF RCW 49.62.070**
*Claim of Relief for Plaintiff and the Class*

60.  Plaintiff incorporates by reference all foregoing factual allegations and realleges them as though fully set forth herein.

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

61.  Defendant is an "employer" as defined by RCW 49.62.010(2).

62.  Plaintiff and Class members are "employees" as defined by RCW 49.62.010(2).

63.  Defendant employed Plaintiff and Class members in Washington.

64.  Plaintiff and Class members earned less than twice the applicable state minimum wage from Defendant.

65.  Defendant restricted, restrained, or prohibited Plaintiff and Class members from having an additional job, supplementing their income by working for another employer, working as an independent contractor, or being self-employed.

66.  Defendant's actions and omissions violate RCW 49.62.070.

67.  As a result of Defendant's actions and omissions, Plaintiff and Class members have experienced economic and non-economic harm.

68.  Plaintiff and Class members were aggrieved by Defendant's violations of RCW 49.62.070.

69.  Plaintiff and Class members each seek $5,000 in statutory damages, plus their costs and reasonable attorneys' fees pursuant to RCW 49.62.080.

## VII.    REQUEST FOR RELIEF

70.  Plaintiff, individually and on behalf of members of the Class, requests that the Court enter judgment against Defendant as follows:

a.  An order certifying that this action be maintained as a class action and appointing Plaintiff as Class Representative and Plaintiff's counsel as Class Counsel;

b.  Statutory damages of $5,000 to Plaintiff and each Class member pursuant to RCW 49.62.080;

c.  Attorneys' fees and costs pursuant to RCW 49.62.080;

d.  Pre- and post-judgment interest;

e.  Injunctive relief prohibiting, restraining, and enjoining Defendant from engaging in the conduct complained of herein;

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

1        f.      Declaratory relief to the effect that Defendant's anti-moonlighting policies

2                violate Washington law;

3        g.      Leave to amend this complaint to conform to the evidence; and

4        h.      Any additional or further relief the Court deems equitable, appropriate, or just.

5

6   Respectfully submitted this 17th day of October, 2024.

7                                        EMERY | REDDY, PLLC

8

9                              By:    /s/ Timothy W. Emery
                               By:    /s/ Patrick B. Reddy
10                             By:    /s/ Paul Cipriani
                               By:    /s/ Hannah M. Hamley
11                             Timothy W. Emery, WSBA No. 34078
                               Patrick B. Reddy, WSBA No. 34092
12                             Paul Cipriani, WSBA No. 59991
                               Hannah M. Hamley, WSBA No. 59020
13                             Emery Reddy, PLLC
                               600 Stewart Street, Suite 1100
14                             Seattle, WA 98101
                               Phone: (206) 442-9106
15                             Fax: (206) 441-9711
                               Email: emeryt@emeryreddy.com
16                             Email: reddyp@emeryreddy.com
                               Email: paul@emeryreddy.com
17                             *Attorneys for Plaintiff*

18

19

20

21

22

23

24

25

26

27

FIRST AMENDED CLASS ACTION COMPLAINT - 12

No. 2:25-cv-01941-KKE

EXHIBIT A



Cast Performance *Handbook*

# Table of Contents

Introduction to Our Handbook.................................................................................3

Regal History and Leadership.................................................................................3

A Regal Welcome...................................................................................................4

Pledge to Our Cast Members..................................................................................5

Brand Promise........................................................................................................6

Section 1: Lights, Camera, Action! ........................................................................7

      Exceeding Guest Expectations.......................................................................8

      The Regal Treatment.....................................................................................8

      Cast Member Performance on Stage.............................................................8

      Addressing Guest Concerns...........................................................................9

      Guest Behavior Concerns..............................................................................9

      MPAA Ratings System / Admittance Procedures.........................................10

      Film and Digital Content Theft.....................................................................11

      Regal Crown Club........................................................................................11

      Regal Unlimited...........................................................................................11

      Regal Philanthropic Efforts..........................................................................11

Section 2: Behind the Scenes...............................................................................13

      The Regal Team...........................................................................................14

      Cast Member Orientation............................................................................14

      Orientation Period.......................................................................................14

      Cast Member Status.....................................................................................15

      Cast Member Personal Information...............................................................15

      Hours of Operation......................................................................................16

      Rest and Meal Periods.................................................................................16

      Work Schedule / Absenteeism and Tardiness...............................................17

      Cast Member Lockers..................................................................................19

      Time Cards..................................................................................................19

      Pay.............................................................................................................20

      Promotion Policy.........................................................................................20

Section 3: On Set Rules.......................................................................................22

      Equal Employment Opportunity..................................................................23

      Nondiscrimination & the Americans With Disabilities Act............................23

      Unlawful Harassment Policy........................................................................23

      Unlawful Harassment Policy: Oregon...........................................................25

      Fraternization Policy....................................................................................27

      Hiring of Relatives.......................................................................................27

      Personal / Business Cell Phone Usage..........................................................27

      Theatre Errands...........................................................................................27

      Problem Solving Using the Chain of Command............................................28

2

Cast Member Behavior ......................................................................................................... 28

Four-Step Disciplinary Process .......................................................................................... 30

Cast Member-Initiated Separations / Terminations ......................................................... 31

Cast Member Wardrobe (Dress Code) ............................................................................... 32

Safety & Health ................................................................................................................... 34

Emergency Procedures ....................................................................................................... 36

Workplace Violence ............................................................................................................ 37

Trash Compactors and Other Hazardous Equipment ...................................................... 40

Smoking Policy .................................................................................................................... 41

Electronic Communications Policy .................................................................................... 41

No Solicitation Policy .......................................................................................................... 43

Visitors ................................................................................................................................. 44

Gratuities Policy .................................................................................................................. 44

Media Rules ......................................................................................................................... 44

Lost and Found .................................................................................................................... 44

Cast Member Code of Ethics .............................................................................................. 44

Section 4: Reeling in the Benefits ......................................................................................... 55

Cast Member Benefits ......................................................................................................... 56

Discounts for Regal Cast Members .................................................................................... 56

Insurance Plans ................................................................................................................... 57

Life Benefit .......................................................................................................................... 57

Regal 401(k) Plan ................................................................................................................ 57

Retirement ........................................................................................................................... 58

Holidays ............................................................................................................................... 58

Vacation ............................................................................................................................... 58

Sick Leave ............................................................................................................................ 59

Jury Duty .............................................................................................................................. 59

Employee Financial Assistance Program .......................................................................... 60

Disaster Relief Pay Policy ................................................................................................... 60

Funeral Leave ...................................................................................................................... 60

Military Leave ...................................................................................................................... 61

Voting Leave ........................................................................................................................ 61

Personal Leave of Absence ................................................................................................. 62

School Leave Policy ............................................................................................................. 63

Family & Medical Leave of Absence .................................................................................. 63

Section 5: Group Polices ........................................................................................................ 67

Anti-Bribery, Corruption and Fraud Policy ....................................................................... 68

Anti-Money Laundering Policy ........................................................................................... 74

Sanctions Policy .................................................................................................................. 77

Appendix: State and Location Specific Leave of Absence Policies ..................................... 80

# Introduction to Our Handbook

All Regal employees, managers and staff alike, are considered cast members. As a cast member, you are at the forefront of show business and a **"Star of the Show."** As such, your actions reflect directly on our theatre business and the public image of Regal. Our cast members understand that excellent guest service is critical to the overall success of our organization, and while we are very proud of being one of the largest theatre exhibition companies in the world, Regal prefers being recognized as the best—in particular, "the best place to watch a movie." We build and maintain the finest facilities and strive to hire only the most energetic, qualified  people. Ultimately, it is our cast members who set us apart from the competition; therefore, your individual performance sets the stage for Regal's continued success, guaranteeing our position as the best place to watch a movie.

Regal operates a diverse collection of theatres that are widely distributed geographically. All of our theatres are designed to offer entertainment options that will help us exceed the expectations of our clientele. For example, certain sites feature Cinema Art independent film attractions, while others offer large format ScreenX, 4DX, IMAX and RPX auditoriums. Moreover, added amenities are featured in many of our theatres, such as expanded food options and the opportunity to purchase alcohol. Many Regal theatres offer reserved seating options along with luxury recliner seating. Regardless of the theatre, all theatres are staffed by Cast Members operating in management, box office, usher, concessions and server positions.

In this Cast Performance Handbook, we will introduce you to Regal's culture, values and goals. We expect you to incorporate this information into your day-to-day job performance and strive to meet company standards in everything you do at Regal. You will be asked to sign an acknowledgement form indicating that you have received a copy of the Cast Performance Handbook and understand that you are expected to read the handbook and familiarize yourself with its contents. A sample of this acknowledgement form is located on the next page.

# Regal History and Leadership

Regal was originally founded as Regal Cinemas in 1989 and rapidly grew to become one of the most successful movie exhibition companies in the United States. Regal's current U.S. asset base came into existence in 2002 with the consolidation of Regal Cinemas, United Artists Theatres and Edwards Theatres into one entity, maintaining the Regal corporate headquarters in Knoxville, Tennessee.

In 2018, Regal became part of Cineworld Group plc. Moshe "Mooky" Greidinger assumed the role of Regal CEO. Following the combination with Cineworld, our company continues to grow through acquisitions, new construction and innovative marketing. Currently, the combined Cineworld Group represents one of the largest theatre exhibition companies in the world.

# *A Regal Welcome*

Hello—and welcome! As an employee of Regal, the road you have embarked upon is one of opportunity for enormous growth. A solid business plan, an innovative approach and a goal to achieve excellence have propelled this organization rapidly to the forefront of the theatre exhibition industry. As one of our most valuable assets, you are in a noteworthy position to contribute to and fully enjoy the tremendous success of our organization.

We attribute our success to an unwavering commitment to both our employees and our guests, which sets Regal apart from our domestic competition. Moreover, as a member of the Cineworld Group of theatres, we possess unique opportunities to create strategic synergies that have enabled us to emerge a part of one of the largest and most successful theatre companies in the world. Many organizations merely give lip service to committing to excellence, whereas we completely support our commitment with deeds and actions. We achieve these objectives because of employees like YOU whose contributions help make us the great company Regal has become.

This handbook should serve as a valuable tool for conducting daily operations and administering Regal policy. Not every issue or question is covered in the handbook and your best source of information regarding Regal's policies and procedures will still be your manager or the Human Resources (HR) Department.

Please take some time to acquaint yourself with this handbook, as its contents are both useful and informative. The training process you are about to begin is a wonderful opportunity to learn your new role and will assist in preparing you for your opening scene with Regal. We are always looking for innovative approaches to improve our operations and guest service, and we gladly welcome your comments in that regard. Feel free to contact the Human Resources Department at the Corporate Office if you would like to share any specific suggestions you may have to improve the performance of our team.

Finally, your performance plays a critical role in the overall success of Regal. By understanding our approach to guest service, we are certain you will become a "Rising Star" and excel within Regal. Congratulations — and welcome to the show!

# Pledge to Our Cast Members

Regal extends a welcome to all interested, qualified individuals, inviting them to become part of our team and to enjoy our goods and services. The continued success of Regal depends upon the efforts of all cast members. Our goal is to provide a working atmosphere of mutual respect and cooperation. Regal values and promotes diversity in all its theatres. *Diversity* refers to human differences, including those based on culture, ethnicity, disability, gender and age. Regal believes that promoting diversity plays an important role in attracting the widest pool of qualified applicants, fostering greater innovation and creativity, and enhancing our communication and relationships with guests and the community. Regal also values and promotes diversity in all of its theatres by welcoming all theatre guests regardless of their race, creed, color, disability and otherwise. Regal personnel are always available to assist those in need of assistance in a manner to ensure equal use and enjoyment of our goods and services. Regal is committed to enhancing our diversity and demonstrating that commitment to our employees, customers and community.

Regal pledges that it will follow this principle in our dealings with you and we expect the same in return from each cast member. To fulfill this commitment, Regal always will strive to:

- keep you informed of notable events affecting the company
- listen attentively and with an open mind to your concerns
- respond to any complaints or problems you raise in a timely fashion, enabling you to grow in your career.

It is the hope and desire of Regal to provide all cast members with a pleasant and enjoyable working environment. This goal can be accomplished only by all cast members exhibiting mutual respect for each other and an earnest desire to fulfill Regal's expectations as well as that of all the people who make Regal the leader in the motion picture exhibition industry. If at any time you believe that these principles are not being pursued on your behalf, you are encouraged to bring this information to the appropriate supervisor. All information provided will be treated confidentially to the extent permissible while still allowing a thorough investigation of the concerns raised.



**Brand Promise**

The best place
to watch a

*Movie*

*Cast Performance Handbook*



# Section 1

# Lights, Camera, *Action*

The Show Starts with Guest Service

## Exceeding Guest Expectations

Regal has a focus based on the principle of providing outstanding service. The quality service we provide to our clientele is the most important strategic tool we engage to guarantee the success of Regal. Often, "Guest Service" programs focus on <u>satisfying</u> the expectations of the guest. Regal takes guest service to the next level and aspires always to ***<u>exceed</u>*** guest expectations!

Every Regal cast member is responsible for having a critical focus on exceeding guest expectations. This goal of exceeding guest expectations is achieved with consistent cast member development and a strong commitment to maintaining exacting standards of excellence in every aspect of our business.

## The Regal Treatment

"Regal" is typically defined as relating to royalty. Each guest should be treated like royalty and it is crucial that we offer each guest the "Regal Treatment." The Regal Treatment begins with the perspective that our guests demand and deserve "More than a Movie."™  To guide all cast members in understanding the importance of their roles in delivering the Regal Treatment, we have developed a system of Four Service Standards. They are:

> *<u>Safety:</u>* It is always safety first at Regal. Our guests expect a safe and well-maintained environment. We aim to provide an atmosphere free from hazards and dangerous conditions. Be sure to report any safety concerns immediately to your management team.

> *<u>Courtesy:</u>* Guests must be treated like *ROYALTY*, which begins with a friendly and courteous cast of characters. Your key role is to be attentive to each guest and to focus on exceeding guest expectations.

> *<u>Showmanship:</u>* Impress Regal guests from the moment they arrive at our theatres by offering them a seamless and entertaining experience.

> *<u>Efficiency:</u>* To effectively deliver an outstanding experience for our guests, always perform your role efficiently, which requires all cast members working together to provide the Regal Treatment.

By remembering this basic Regal Treatment philosophy, you will be well on your way to exceeding guest expectations!

## Cast Member Performance on Stage

Great service focuses on making the entire theatre part of the overall entertainment experience. Your performance should demonstrate that you appreciate each guest for choosing Regal to fulfill their entertainment needs. Every time you step into the view of guests, you are walking onto a stage for all to see.  Whatever personal or professional issues you may be experiencing must be set aside, as the show must go on!  Just like a great actor, you must stay in character whenever you interact with a guest. Remember *YOU* are in the spotlight; your performance is live and there is no second take. Here are performance tips on how to deliver an award-winning performance as a Regal "CAST" member:

> *<u>Courteous:</u>* Give a courteous greeting and maintain direct eye contact with guests.

*Approachable:* Be immediately available to assist each guest.

*Smile:* Show a pleasant smile to guests and be sure to use appropriate body language.

*Thanks:* Offer a sincere *thank you* to all guests.

Regal's CAST sets us apart from our competition by continuously providing **superior** guest service. Creating an inviting atmosphere for our guests also helps create a better working environment for our cast members. This is the goal of each member of the Regal family!

## Addressing Guest Concerns

Most guests are careful about their spending habits. They want to get the most value for their money. Guests expect excellent service and are willing to pay for it. Consequently, they will let you know when they feel they are not getting what they paid for. When a guest brings concerns to your attention, always remember to provide the Regal Treatment by delivering the *Regal Response.* The following steps are designed to help you respond to guest concerns in a manner consistent with our guest service philosophy and to help guarantee a **LAST**ing relationship with our guests:

*Listen* patiently while the guest explains their concerns. Focus on addressing their issue(s) in a manner that shows your concern for the guest. It is imperative to correct the situation as quickly as possible. In doing so, always be attentive, polite and courteous. Once you understand their concern, take immediate action to resolve the issue. If you are not sure how to handle the situation, seek guidance from a member of management.

*Apologize* sincerely for the inconvenience. For example, say "I'm sorry; how may I help you?"

*Solve* the problem and serve our guest. Don't tell the guest what you can't do—instead, let them know what you can and will do to resolve a problem. Don't tell them you will take action without immediately following through. To assure they know we take their concerns seriously, follow up with them. This extra effort will gain their appreciation and allow you to take additional action if they remain dissatisfied.

*Thank* the guest for their patience and understanding.

It is important to remember that Regal cast members are primarily responsible for exceeding guest expectations. The Regal Response builds Regal relationships, which are returning relationships that develop into lasting relationships. Remember, when addressing guest concerns, don't take a defensive or condescending approach through your tone or body language. Stay in character by following the Q-TIP rule: *Quit Taking It Personally!*

## Guest Behavior Concerns

Often, guest concerns relate to the behavior of other guests. Consequently, at Regal we must routinely check our auditoriums to monitor guest conduct and ensure our films feature perfect presentation. Cast members should check for loud, disruptive behavior by guests, crying babies or anything that might disturb others' entertainment experiences. Any suspicious activities, individuals, or unattended packages and bags should be reported to management immediately. When approaching guests about their

behavior, be polite but firm in asking them to refrain from such disruptive actions. If requests to stop the behavior do not appear to succeed, notify a member of management. Only managers have the authority to authorize removal of guests from our premises.

In addition to guest behavior, our theatre checks provide opportunities to verify the security of the auditoriums and common areas. During routine auditorium checks, special attention should be given to the exit doors and the physical theatre environment. Any abnormal situation (exit door propped open or otherwise adjusted to prevent a closed and locked state, physical damage to an auditorium, etc.) must be reported to a member of management immediately. Exit door alarms must be responded to should they indicate a door is open. Auditorium exit doors must be closed during presentations and should be opened only for guests to exit auditoriums after shows are completed.

Another common guest concern is the appearance of restrooms, lobbies, hallways and other guest-accessible areas. Cast members should regularly monitor these areas for cleanliness, potential safety hazards and any other issues that might need immediate attention.

## MPAA Ratings System/Admittance Procedures

Regal supports the voluntary movie rating system created by the Motion Picture Association of America (MPAA). While it is Regal policy to follow the MPAA rating system, this policy is subject to modification based on more restrictive state or local laws, which regulate admittance to certain features.

**Rating Symbols**

- G - General Audiences: All ages admitted.
- PG - Parental Guidance Suggested: Some material may not be suitable for children.
- PG-13 - Parents Strongly Cautioned: Some material may be inappropriate for children under 13.
- R - Restricted: Under 17 requires accompanying parent or guardian (age varies in some jurisdictions)
- NC-17: No One 17 and Under Admitted

With respect to features with an R rating, we will not sell tickets to any person under the age of 17 (18 where applicable). A parent or adult guardian 21 or older is required to accompany the underage person or persons and must remain in the purchased feature. Children 6 and under are not allowed to attend R-rated features even if accompanied by an adult. In addition:

1. A person must be at least 21 years old in order to purchase multiple tickets without providing additional identification for the additional tickets. The purchaser also must attend the movie for which the additional tickets are purchased. Management should be made aware of any adult who purchases substantial amounts of tickets because these tickets may be distributed to minors without adult supervision for an R-rated feature.

2. Patrons 17 to 20 years of age may purchase more than one ticket only if they are able to provide sufficient proof of age for each additional ticket being purchased.

For a feature rated NC-17, the guidelines are much stricter. No one under the age of 18 is allowed admittance to the feature, regardless of accompaniment or consent. A patron desiring to purchase

multiple tickets must provide valid identification for each ticket purchased.

Ushers should check for identification if a guest appears to be underage and is holding a ticket for an "R" rated feature. When in doubt as to the age of a person in attendance, they should contact a member of management for assistance.

## Film and Digital Content Theft

Theft of film or digital content, or recording a motion picture with any sort of recording device is a federal offense and against Regal policy. Such activity is considered stealing, and in our industry the perpetrators of such an offense are called "pirates." The National Association of Theatre Owners (NATO) and the MPAA are dedicated to catching film and content pirates and stopping movie theft. Cast members should immediately report any piracy to a member of management.

## Regal Crown Club

The Regal Crown Club (RCC) is a program that rewards frequent guests for their loyal patronage. RCC cards are for use by the individual member ONLY and not by large groups (camps or classes) or multiple guests. Should a cashier notice that a member is passing their RCC card to another guest for an additional swipe, the cashier should politely decline to add additional swipes and offer to sign up the additional guest for their own personal card. If this causes a guest service issue, the manager on duty must be notified.

Regal employees are eligible to participate in the RCC program, including the use of RCC reward coupons. Any other exclusion will be based on the judgement of Regal. Unauthorized use may result in disciplinary action up to and including termination.

## Regal Unlimited

Regal Unlimited is a paid subscription pass program, where guests can pay a monthly fee for 12 months or an annual fee to watch as many 2D movies as they would like, as often as they would like, at Regal theatres. Unlimited members also receive a 10% discount on Regal concessions and retail purchases, excluding alcohol. The Unlimited subscription can be used to see premium format presentations (including IMAX, RPX/PLF, 4DX, ScreenX and 3D performances) by paying a surcharge for the desired format.

Regal Unlimited subscriptions are non-transferrable and can only be used by the subscriber on the mobile device used to sign up for the account.  Notify a manager or team lead if a guest is attempting to use their Unlimited subscription in a manner not permitted under the terms of the program.

When a guest presents a physical or electronic ticket indicating it was obtained as part of the Unlimited program, ask the guest to present their Regal Unlimited pass on their mobile app. Verify that the picture displayed on the app reasonably matches the guest's appearance, and that the timer under the QR code is live and updating to ensure it is not a screenshot.

## Regal Philanthropic Efforts

### Stars of Hope

The annual Stars of Hope campaign is Regal's primary charitable fundraiser. During the Stars of Hope

*Cast Performance Handbook*

campaign, guests are asked if they wish to make a donation to the Regal Foundation. Of the funds raised through the Stars of Hope campaign, 95% is distributed to verified charitable organizations supporting individuals in need as well as education-based public support. The remaining 5% goes towards campaign fundraising expenses.

**Community Showmanship Award**

Regal has a long tradition of giving back to the communities in which we live and work. The Regal Foundation was established to continue this giving spirit and in that regard we designed a program to recognize our personnel who go out of their way to assist those in need within their communities. Recognizing that our employees care about the communities in which they work and live and often volunteer, Regal provides the Community Showmanship program.

This program is intended to honor Regal employees who generously donate their time and talent to eligible non-profit organizations that are important to them. When an Regal employee volunteers for a specified number of hours, Regal will provide a grant to the organization on behalf of the company and the contributing employee. For details about this program, see a member of management.



## Section 2

# Behind the
# *Scenes*

Preparing You for Showtime

## The Regal Team

The individual responsible for the entire operation of a Regal theatre is the General Manager (GM). The GM normally has a Deputy General Manager/Senior Assistant Manager, one or more Assistant Managers, and Team Leads who assist in running our theatres.

Members of the **box office staff** provide the opening scene for our show. They sell tickets and are the first members of the Regal team that a guest typically will meet. They are the cast members responsible for setting the initial tone for an exceptional Regal theatre experience.

The **usher staff** is a main attraction at every Regal theatre. They assist in opening the theatre, making sure the theatre is clean and that the marquee signs are correct. They announce seating in the theatre, take tickets, clean auditoriums between shows, perform other theatre maintenance, assist in theatre security and are responsible for crowd control. Additionally, they maintain a critical focus on controlling unruly guest behavior, including individuals talking or guests using cell phones during features. Experienced ushers may be asked to serve at the ticket-taker position, where they will be able to assist with maintaining Regal policies and protocols. Ushers who are at least 18 years old also may assist with various projection booth responsibilities.

The **concessions staff** members are key ingredients for an enjoyable entertainment experience. They are responsible for keeping the concessions stand clean and properly stocked. Their primary function is to be the theatre's sales team. Their sales productivity has a critical impact on Regal's overall profitability. Select theatres also depend upon bartenders, servers and waitstaff to deliver service. These theatres often feature lounges and restaurant amenities for our guests and may require product delivery in the auditoriums.

Select Regal theatres identified as *VIP* theatres may require cast members to fill other roles designed to ensure we exceed guest expectations. These cinemas may feature upgraded luxury seating and other enhanced amenities. If you are assigned to one of these roles, management will ensure you are aware of and trained for the duties, responsibilities and expectations associated with that role.

## Cast Member Orientation

As a new member of our cast, you will participate in an orientation process that involves discussing and reviewing policies and procedures outlined in this Cast Performance Handbook and other training materials. You will also be asked to complete paperwork and forms, included in a New Hire Packet. In addition, you will begin the training process to become certified as a Regal Cast Member.

## Orientation Period

The first **90** days of your employment is an orientation period. This orientation period is unrelated to any benefits for which you are eligible. During this time, you will learn how to do your job successfully and what Regal expects of you. On or about the time your orientation ends, you will receive a Cast Member Performance Review where your manager will review your performance and any areas where improvement may be needed. Promoted cast members also are considered to be on a 90-day orientation period that can be extended if warranted.

As part of the orientation period, you will view several training videos and receive on-the-job training in various positions. Further, you will have the opportunity to complete online training via Regal Online University (ROU) using the training computer at your theatre. The ROU courses you will take make up the STAR Program, and can be completed in any order. Additional required training courses are available for Managers. Finally, all cast members at theatres serving alcohol beverages who perform services related to the provisions and sale of alcohol beverages are required to complete a Responsible Beverage Server Training course. Your GM can provide additional details specific to your theatre.

## Cast Member Status

Each Regal employee is classified in one of the five categories outlined below. Most employees will be classified as Variable Hour Employees.

- **Variable Hour Employee** - A Variable Hour Employee is one who is paid on an hourly basis and whose hours fluctuate due to changes in business cycles. A Variable Hour Employee's assigned work schedule generally will not exceed 40 hours per week during peak periods and perhaps considerably less during non-peak periods, but they are expected to average less than 30 hours per week during any 12-month period.
- **Full-Time Hourly Employee** - A Full-Time Hourly Employee is one who works between 36 and 40 hours per week and is paid on an hourly basis.
- **Full-Time Salaried Employee** - A Full-Time Salaried Employee is an exempt-level employee working a minimum of 40 hours per week who is paid on a salaried basis. Any employees placed in an Interim General Manager role will be reclassified as a Full-Time Salaried Employee, with a subsequent reclassification possible upon conclusion of the employee's service as Interim General Manager
- **Part-Time Fixed Term Employee** - A Part-Time Fixed Term Employee is an hourly employee who works up to 25 hours per week, is paid on an hourly basis and is employed for a fixed period of time during peak business cycles, such as during summer and winter holiday periods.
- **Part-Time Regular Employee** - A Part-Time Regular Employee is one who works up to 25 hours per week, is paid on an hourly basis, has limited availability to work (such as those on school leave) and is employed with no fixed period of employment. Further, full-time employees who are demoted (voluntarily or otherwise) to part-time status will be reclassified as Part-Time Regular Employees.

Should your status change, you will be so informed by your manager. If you have questions about your status type, please review your Ultipro record and the definitions shown above. If you still have questions, please contact a member of management for additional guidance.

## Cast Member Personal Information

### Personnel Files

Cast members may review their personnel file at any time by requesting an appointment with their GM. The GM will remain present while a file is reviewed. Cast members are not allowed to remove their files from the office; personnel files are considered property of Regal and are subject to applicable state law.

Any concerns or questions about the contents should be brought to the attention of the GM.

**Medical Records**

In accordance with applicable laws, it is Regal policy that all medical-related information be maintained and retained in separate, confidential files. Contact your GM if you have any questions about the storage and inspection of your medical records.

**Ultipro Web Access**

Cast members may access their personal information such as pay stubs, W-2, benefits and other information through the online UltiPro Web program. See your manager for details on the website and log in procedures.

## Hours of Operation

Regal's operating schedule changes from week to week depending on the film schedule for the week. However, all Regal theatres operate ***365 days per year, including all weekends and holidays***.

## Rest and Meal Periods

**Rest Periods**

Managers authorize rest periods based on operational requirements, cast member needs (including any disability accommodations) and the following restrictions:

- Rest periods are paid uninterrupted breaks that should not exceed 15 minutes.
- Rest periods may be required at specific intervals depending on state/local law or as necessary to enable an employee to rest. They cannot be waived or saved to substitute for starting a shift late, quitting early or extending a scheduled meal period.

**Meal Periods**

Generally, each cast member scheduled to work six hours or longer is required to take an uninterrupted meal period that begins no later than five hours after the start of the work period. The unpaid meal period must be at least 35 minutes but no longer than 45 minutes in length.

Cast members are responsible for keeping their managers informed about any needed changes to their work schedules and personal needs, including changes involving meal and rest periods. A cast member who takes unauthorized meal or rest periods or who extends authorized meal or rest periods beyond approved limits may be subject to discipline, up to and including termination of employment.

While on break, floor staff cast members must remove their Regal polo shirts when in the presence of guests.

Note: Rest and meal periods vary depending on local or state laws.

**Nursing Mothers**

Cast members who are nursing mothers may take reasonable break periods to express breast milk. The nursing mother may use her meal and paid break times for this purpose; however, this is not a requirement. Employees who are nursing mothers should discuss with their GM any need for extra break periods to express breast milk.

Regal will provide a private place, other than a restroom, for an employee to express breast milk.

*State-specific Information: New York—Right of Nursing Mothers to Express Breast Milk.*

An employer shall provide reasonable unpaid break time or permit an employee to use paid break time or meal time each day to allow an employee to express breast milk for her nursing child for up to three years following childbirth. The employer shall make reasonable efforts to provide a room or other location, in close proximity to the work area, where an employee can express milk in privacy. No employer shall discriminate in any way against an employee who chooses to express breast milk in the workplace.

## Work Schedule/Absenteeism and Tardiness

Work schedules will be posted weekly. You may be scheduled to work any time within the limits stated in your original employment application or otherwise approved availability. Reasonable efforts will be made to accommodate your scheduling requests, but there may be times or business issues that impact our ability to do so in every instance.

If you need a certain day off, you must submit a request in writing two weeks in advance of the scheduling deadline. All requests should explain the reason for the expected absence and the anticipated length of the absence. It is your responsibility to come to the theatre and personally check your work schedule. Management may at their discretion provide the schedule via phone or email as a benefit to cast members; however, you always are responsible for checking the official schedule which is posted on site.

Once the schedule is complete, employees also can access the Kronos Employee Self Service (ESS) program to check upcoming work schedules. The Kronos ESS program is available from any internet-connected computer at: https://regalcinemas.kronos.net/wfc/logon

When logging into the ESS program the initial username and password is the employee's nine-digit ID number. When logging in for the first time, the program will prompt the employee to change their password.  If an employee has issues logging in, any manager with access to Kronos can assist as needed.

Employees also can use the Kronos Mobile app to access the schedule. The app is available in the iOS App Store or the Google Play Store. Contact a member of management if you need assistance setting up the Kronos Mobile App.

Minor cast members will be scheduled in accordance with child labor laws regarding hours of work for minors. If you have any questions regarding these laws, please refer to the labor law postings in your theatre or talk to a member of management.

If you have any concerns regarding your scheduled shifts, ability to work a scheduled shift or tardiness, you must speak directly with a manager. Do not contact a manager via their personal cell, home phone or personal email address.

### Excused Absence

Regal recognizes that there will be times when cast members need time off due to personal

emergencies or other matters beyond their control. Absences related to such unexpected occurrences typically will be considered excused absences.

**Cast Member Illness**

Due to safety and health concerns, including foodborne illnesses, you must notify management if they experience any of the following symptoms:

1. continuous uncontrollable coughing or sneezing
2. flu
3. vomiting
4. diarrhea
5. jaundice
6. sore throat with fever
7. contagious/infectious disease or illness such as chicken pox, pink eye, etc.
8. a lesion containing pus such as a boil or infected wound that is open or draining and is on the hands or wrists, on exposed portions of the arms or on other parts of the body, unless the lesion is covered by a dry, durable, tight-fitting bandage or unless an impermeable cover such as a finger cot or stall protects the lesion and a single-use glove is worn over the impermeable cover
9. experienced a previous illness, as listed below, diagnosed by a health practitioner. Please note, in certain circumstances management is obligated to notify the local Health Department if a cast member is diagnosed with any of the following:
   a. campylobacter
   b. cryptosporidium
   c. cyclospora
   d. entamoeba histolytica
   e. E.coli infection
   f. giardia
   g. hepatitis A virus
   h. norovirus
   i. salmonella spp.
   j. salmonella typhi (typhoid fever)
   k. shigellosis (shigella spp.)
   l. vibrio cholera
   m. yersinia

You must notify a member of management if they are unable to come to work due to illness.

Note: Depending on the symptoms and/or illness, you still may be required to report to work but may not be scheduled to work in a food-handling capacity.

**Unexcused Absence**

A cast member's absence may be considered unexcused if they miss a shift for any reason other than those stated above, fails to report any of the above-listed reasons for being absent or fails to provide

reasonable notice of the absence. Any cast member who fails to comply with our attendance policies may be disciplined up to and including termination of employment. Any cast member who is absent for two (2) consecutive scheduled shifts without reporting in will be considered to have resigned by voluntarily abandoning their position.

**Tardiness**

Cast members are expected to be in uniform at their assigned workstations at their scheduled start times. If an emergency arises that will result in tardiness, the cast member must notify the manager on duty at the theatre as soon as possible, providing an estimated arrival time. Calling ahead does not exclude one from being held accountable for tardiness.

## Cast Member Lockers

If your theatre offers them, lockers are provided for the temporary storage of personal items while you are on duty. Cast members wishing to take advantage of the lockers must provide their own locks. At the end of each shift, the lock must be removed and the locker cleared of all personal items. Lockers remain the property of Regal, and lockers may be subject to search if management has reason to believe that they are being used for any improper purpose or in a way that would be in direct violation of any Regal policy.

Note: Regal is not responsible for lost or stolen articles left in employee lockers.

## Time Cards

Cast members must observe the following rules regarding time cards and use of the time clock:

- Cast members may take their time card with them or leave it at the theatre in a designated secure area.
- Cast members are strictly forbidden from performing work off the clock.
- Cast members are strictly forbidden to swipe another cast member's time card. Before swiping in or out cast members always should verify that they have picked up their own time card.
- If for some reason a cast member fails to swipe in/out (punch restricted, forgot, etc.) they must contact a manager immediately. This will ensure corrections are made and the time worked will be accurately recorded. Should there be a need to add, delete or change punches, please notify your manager and note the adjustment on the Time Adjustment Log by the timeclock.
- You must clock in and out every day whenever you are performing services for Regal.

Note: Any time you have a question or concern regarding hours worked, pay reflected, or break times during a payroll period, you must notify your immediate supervisor, Payroll or HR toll free at 877-REGAL-TL.

Misrepresentation of hours worked and tampering with the time clock or other cast members' time cards is prohibited and will result in immediate discipline up to and including termination of employment.

## Pay

Regal pays its cast members every two weeks. The pay week begins on Friday and ends on the following Thursday. For payroll purposes, a "work week" is defined as any shifts worked between the start of business on Friday and the end of business on the following Thursday. A "work day" is defined as any shift that begins on or after 8:00am on the first day and ends on or before 7:59am of the next day except where state law defines differently.

Regal offers all cast members the option of receiving their pay via direct deposit or through a Money Network Service Account. However, at some theatres cast members will have only the option of receiving pay via direct deposit or a paycheck.

*Direct Deposit*
To utilize Direct Deposit, the employee must have either a checking or savings account at a banking institution that accepts direct deposit transfers. Cast members may sign up for direct deposit via the UltiPro website. For cast members enrolled in direct deposit, Regal reserves the right to withdraw from your account an amount equal to any overpayment. If you are enrolled in direct deposit, you will not receive a printed pay stub on payday; to obtain a pay stub, log in to your UltiPro account.

*Money Network Service Account*
A Money Network Service Account is a pay distribution solution for cast members without a bank account. Cast members who choose to enroll in a Money Network Service Account will have access to their pay by using Money Network Checks and a Money Network Paycard.

*Paychecks*
If your theatre is unable to offer pay via a Money Network Service Account, paychecks for cast members not enrolled in direct deposit are distributed on the Thursday after the end of the pay period. A cast member is the only person authorized to receive their personal paycheck.

All cast members should verify swipes are accurate for each pay week via Kronos clock or the Kronos app. If there is a question or problem about time worked, please ask your manager to review the punch detail for accuracy. This will help avoid delays in receiving paychecks. All employee hours worked on behalf of the company must be paid time. Employees should never be asked to perform any work off the clock.

*Local Regulations*
Philadelphia, PA: Under Title 9 of Philadelphia Code, employees have the right to file a complaint without fear of reprisal or any form of retaliation if they believe they have not received their proper pay.

## Promotion Policy

Career advancement opportunities are of the utmost importance to Regal and its cast members. When possible, the company will fill job vacancies from eligible internal candidates. Typically, job openings will be announced as part of a weekly communication from the Corporate Office. You also can view available job openings on the Internal or External Job Board via the REGMovies.com website. The Internal Job Board can be accessed via UltiPro.

However, in order to balance staffing and workload and to avoid workforce reductions, some positions may not be announced or filled. Although we prefer to promote from within, the company reserves the right to hire from outside the organization when outside applicants more closely meet Regal's needs.

**Evaluation and Selection Criteria**

Cast members are considered for promotion based on a review of how their skills, knowledge, abilities, experience and educational background match up with the essential requirements and functions of the available position. In addition, other factors considered include disciplinary records, attendance, interpersonal skills, aptitudes, interests, leadership potential and supervisor recommendations. All available positions are filled by management selecting the most qualified applicants.

**Management Promotion Bonus Provision**

Cast members promoted to a first-time management position will receive a one-time $200 bonus to help ease the additional wardrobe expense associated with transitioning to Management. Your GM can provide additional information regarding this provision.



# Section 3
## On Set
# *Rules*

## Equal Employment Opportunity

Regal provides equal employment opportunities to all cast members and applicants for employment without regard to race, color, religion, religious creed (including religious dress and grooming practices), ancestry, sex (including pregnancy, childbirth, breastfeeding and related medical conditions), genetic information, national origin, age (40 and over), citizenship status, marital status, sexual orientation, gender dysphoria, gender identity, gender expression, gender, physical disability, mental disability, medical disability, medical condition, military and Veteran status, status as a Vietnam-era or special disabled veteran, denial of Family and Medical Leave, sexual or reproductive health decisions, or status in any group protected by federal, state or local laws. The state of Washington also includes obesity. This policy applies to all terms and conditions of employment including, but not limited to, hiring placement, compensation, training, promotion, leave of absence, layoff, recall, transfer and termination.

## Nondiscrimination & the Americans with Disabilities Act

Regal complies with the Americans with Disabilities Act (ADA) and applicable state and local laws providing for nondiscrimination in employment against qualified individuals with disabilities (including accommodations for pregnancy-related conditions). It is Regal's policy to ensure that qualified individuals with disabilities are treated in a nondiscriminatory manner in the pre-employment process and cast members with disabilities are treated in a nondiscriminatory manner in all terms, conditions and privileges of employment. As required by law it, is also Regal policy to provide reasonable accommodations to applicants and cast members with disabilities, except where such an accommodation would create an undue hardship on Regal or create a safety hazard. Reasonable accommodation is available to an employee with a disability when the disability affects the performance of job functions. If you are currently disabled or become disabled during your employment and are in need of a reasonable accommodation, you should contact your GM or HR to assist with evaluating reasonable accommodations that may enable you to perform the essential functions of your job. Information obtained in this process will remain confidential and limited to those with a need to know.

## Unlawful Harassment Policy

Regal expressly prohibits any form of harassment based on race, color, religion, religious creed (including religious dress and grooming practices), ancestry, sex (including pregnancy, childbirth, breastfeeding and related medical conditions), genetic information, national origin, age (40 and over), citizenship status, marital status, sexual orientation, gender dysphoria, gender identity, gender expression, gender, physical disability, mental disability, medical disability, medical condition, military and Veteran status, status as a Vietnam-era or special disabled veteran, denial of Family and Medical Leave, sexual or reproductive health decisions, or status in any group protected by federal, state or local laws. The state of Washington also includes obesity. Such offensive behavior directed towards any Regal cast member or guest is not tolerated.

Further, Regal does not permit abusive conduct in the workplace or in our hiring practices. Abusive conduct is defined as being conduct, with malice, of an employer or employee in the workplace that a reasonable person would find hostile, offensive, and unrelated to an employer's legitimate business

interests. Such conduct may include repeated infliction of verbal abuse, such as the use of derogatory remarks, insults, and epithets, verbal or physical conduct that a reasonable person would find threatening, intimidating or humiliating, or the gratuitous sabotage or undermining of a person's work performance. While a single act may not constitute abusive conduct, it may rise to that level if the act is especially severe and egregious.

Abusive conduct does not include disciplinary procedures in accordance with the company's disciplinary process, routine coaching, feedback and correction of work performance, reasonable work assignments, individual differences in styles of personal expression, passionate or loud expression with no intent to harm others, difference of opinion on work-related concerns and non-abusive exercise of managerial prerogative.

With respect to sexual harassment, Regal prohibits all forms of sexual harassment including, but not limited to, the following:

1.  unwelcome sexual advances, requests for sexual favors, and all other verbal or physical conduct of a sexual and offensive nature, especially where:
    a.  submission to such conduct is made either explicitly or implicitly a term or condition of employment
    b.  submission to or rejection of such conduct is used as the basis for decisions affecting an individual's employment
    c.  such conduct has the purpose or effect of creating an intimidating, hostile or offensive work environment.
2.  offensive comments, jokes, innuendoes, and other sexually oriented statements or materials

Cast members are responsible for respecting the rights of their coworkers and reporting any offensive behavior directed towards them or coworkers, including behavior directed by any outside party (guests, vendors, other on-site personnel), that would be in violation of these specific standards. Any cast member engaged in any conduct of a sexual and/or offensive nature will be subject to disciplinary action up to and including termination of employment. Intimidating and bullying behaviors are inappropriate in the workplace and will result in disciplinary actions up to and including termination.

All supervisory and non-supervisory staff should complete the appropriate training courses regarding this information.

**Complaint Procedure**

If you believe you or any other cast member has been subjected to offensive or otherwise discriminatory or harassing conduct or you are aware of any cast member engaging in such conduct, you are required to report this information immediately or, if unable to do so, within a reasonable period of time. Failure to report such conduct could result in additional offensive behavior that may have been avoided if initially reported in a timely fashion.

Complaints should be directed to your immediate supervisor. However, if for any reason you believe it inappropriate to make the report that person, you may complain directly to the District Manager, the Regional Director of Operations, the Vice President of Operations, or the HR Department. If you wish to

make an anonymous complaint, you may call or text **1-877-REGAL-TL. If a cast member has made such a report within their chain of command, and believe that insufficient action has been taken, they are required to report their concerns directly to the HR Department.**

All complaints will be treated confidentially to the extent permissible while still allowing a thorough investigation of a complaint. No employee will suffer any form of retaliation or intimidation because of filing any such complaint or participating in the investigation of a complaint. All employees are responsible to file a complaint when they are subjected to such offensive conduct or are aware of any other employees either engaging in such conduct or being subjected thereto. To preserve evidence and enable the most effective, fair and thorough investigation of any such complaint, it is imperative that employees report such conduct within a reasonable period, preferably within one or two business days of an event, so that an investigation results in a reasonable and informed conclusion. All complaints will be timely acknowledged, fully and impartially investigated by qualified HR personnel, and prompt remedial action will be taken where necessary.

Any employee with knowledge of such behavior who fails to report it may be subject to disciplinary action. Any cast member who believes they have been retaliated against or intimidated due to reporting inappropriate conduct should notify the HR Department immediately.  All such inappropriate conduct is prohibited and may result in termination of the acting party.

## Unlawful Harassment Policy: Oregon

Regal expressly prohibits any form of harassment based on race, color, religion, religious creed (including religious dress and grooming practices), ancestry, sex (including pregnancy, childbirth, breastfeeding and related medical conditions), genetic information, national origin, age (40 and over), citizenship status, marital status, sexual orientation, gender dysphoria, gender identity, gender expression, gender, physical disability, mental disability, medical disability, medical condition, military and Veteran status, status as a Vietnam-era or special disabled veteran, denial of Family and Medical Leave, sexual or reproductive health decisions, or status in any group protected by federal, state or local laws. Such offensive behavior directed towards any Regal cast member or guest is not tolerated.

Further, Regal does not permit abusive conduct in the workplace or in our hiring practices. Abusive conduct is defined as being conduct, with malice, of an employer or employee in the workplace that a reasonable person would find hostile, offensive and unrelated to an employer's legitimate business interests. Such conduct may include repeated infliction of verbal abuse, such as the use of derogatory remarks, insults and epithets, verbal or physical conduct that a reasonable person would find threatening, intimidating or humiliating, or the gratuitous sabotage or undermining of a person's work performance. While a single act may not constitute abusive conduct, it may rise to that level if the act is especially severe and egregious.

Abusive conduct does not include disciplinary procedures in accordance with the company's disciplinary process, routine coaching, feedback and correction of work performance, reasonable work assignments, individual differences in styles of personal expression, passionate or loud expression with no intent to harm others, difference of opinion on work-related concerns and non-abusive exercise of managerial prerogative.

With respect to sexual harassment, Regal prohibits all forms of sexual harassment, including but not limited to the following:

- Unwelcome sexual advances, requests for sexual favors, and all other verbal or physical conduct of a sexual and offensive nature, especially where:
    - submission to such conduct is made either explicitly or implicitly a term or condition of employment.
    - submission to or rejection of such conduct is used as the basis for decisions affecting an individual's employment.
    - such conduct has the purpose or effect of creating an intimidating, hostile or offensive work environment.
- Offensive comments, jokes, innuendoes and other sexually oriented statements or materials.

Cast members are responsible for respecting the rights of their coworkers and reporting any offensive behavior directed towards them or coworkers, including behavior directed by any outside party (guests, vendors, other on-site personnel) that would be in violation of these specific standards. Any cast member engaged in any conduct of a sexual and/or offensive nature will be subject to disciplinary action up to and including termination of employment. Intimidating and bullying behaviors are inappropriate in the workplace and will result in disciplinary actions up to and including termination.

All supervisory and non-supervisory staff should complete the appropriate training courses regarding this information.

**Complaint Procedure**

If you believe you or any other cast member has been subjected to offensive or otherwise discriminatory conduct or you are aware of any cast member engaging in such conduct, you are required to report this information immediately or, if unable to do so, within a reasonable period of time. Failure to report such conduct could result in additional offensive behavior that may have been avoided if initially reported in a timely fashion.

Complaints should be directed to your immediate supervisor. However, if for any reason you believe it inappropriate to make the report in person, you may complain directly to the District Manager, the Regional Director of Operations, the Vice President of Operations, or the HR Department. If you wish to make an anonymous complaint, you may call or text 1-877-REGAL-TL. If a cast member has made such a report within their chain of command and believe that insufficient action has been taken, they are required to report the concern directly to the HR Department.

All complaints will be treated confidentially to the extent permissible while still allowing a thorough investigation of a complaint. No employee will suffer any form of retaliation or intimidation because of filing any such complaint or participating in the investigation of a complaint. All employees are responsible to file a complaint when they are subjected to such offensive conduct or are aware of any other employees either engaging in such conduct or being subjected thereto. To preserve evidence and enable the most effective, fair and thorough investigation of any such complaint, it is imperative that employees report such conduct within a reasonable period, preferably within one or two business days

of an event, so that an investigation results in a reasonable and informed conclusion. All complaints will be timely acknowledged, full and impartially investigated by qualified HR personnel, and prompt remedial action will be taken where necessary.

Any employee with knowledge of such behavior who fails to report it may be subject to disciplinary action. Any cast member who believes they have been retaliated against or intimidated due to reporting inappropriate conduct should notify the HR Department immediately. All such inappropriate conduct is prohibited and may result in termination of the acting party.

Any employee who pursues legal action on alleged conduct prohibited by ORS 659A.030, 659A.082, or 659A.112 must do so no later than five years after the occurrence of the violation.

Regal will not require or coerce an employee to enter into a nondisclosure (confidential) agreement or nondisparagement (will not disparage) agreement.

Any employee reporting to be aggrieved by unlawful discrimination or sexual assault may voluntarily request to enter into a settlement, separation or severance agreement which contains a nondisclosure, nondisparagement or no-rehire provision only if the employee has at least seven days to revoke the agreement after signing.

## Fraternization Policy

Regal desires to avoid misunderstandings, complaints of favoritism (or even the impression of favoritism), possible claims of sexual misconduct or harassment, and the potential for employee morale problems that may be created because of personal relationships between cast members employed at the same Regal theatre. Therefore, all management personnel are prohibited from fraternizing or becoming involved in a personal relationship with any cast member (management, team lead or staff) also employed in their theatre. Personal relationships include, but are not limited to, dating, roommate situations, and relatives. This policy has been deemed essential because such relationships may create a conflict of interest, cause disruption, create a negative work environment, and create other concerns pertaining to the effectiveness of supervision, security and morale. Any cast members currently in such a relationship must immediately seek a transfer or reassignment that eliminates the actual or potential conflict with this policy. Failure of cast members to take appropriate action to resolve any conflict with this policy will result in those cast members being subject to immediate disciplinary action up to and including termination of employment.

## Hiring of Relatives

The District Manager must approve the hiring of any relatives. If transferring a relative to another theatre becomes necessary, the decision to do so will be made at the sole discretion of Corporate Management based on what is determined to be in the best interest of the Company.

## Personal/Business Cell Phone Usage

To exceed guest expectations, personal electronic communication devices such as cell phones, PDA's, pagers, etc., must not interfere with an individual's work or guest service. Use of such devices is not permitted during work time except for business purposes such as reporting emergencies or taking and

submitting photos and stories for company publications. Any on-duty business usage must be authorized by management.

## Theatre Errands

Only members of the theatre management team ages 18 or older are authorized to run errands on behalf of a theatre. Floor staff cast members may not perform these duties. Members of management who are paid on an hourly basis must remain on the clock and must be paid mileage for any travel incurred as part of a theatre errand. Managers are subject to the rules of conduct set forth by Regal while on the clock and running an errand for the company. If an injury occurs while performing an errand, a workers' compensation report must be filed. Any resulting damage to a manager's vehicle is the sole responsibility of the manager since Regal does not own, lease, maintain, insure or control the manager's vehicle.

## Problem Solving Using the Chain of Command

To maintain a smooth relationship between all cast members, a chain of command has been established for addressing cast member concerns and for resolving any disputes that may arise. If a problem arises at your theatre, make every effort to adhere to the chain of command to resolve the situation.

### Level One: (Senior) Assistant Manager / Deputy General Manager

A cast member should discuss any concerns or problems with their (Senior) Assistant Manager or Deputy General Manager. The Manager will attempt to correct any problems or clear up any misunderstandings expressed by the cast member. If the Manager is unable to correct the situation, they will assist the cast member in bringing the concern to the General Manager's attention.

### Level Two: General Manager

Together with the (Senior) Assistant Manager or Deputy General Manager, the General Manager will attempt to resolve the issue in both a timely manner and within total compliance of established policies and procedures. If the General Manager is unable to correct the situation, they will assist the cast member in bringing the concern to the attention of the next level.

### Level Three:

When a problem cannot be resolved at the theatre level, it will be referred to upper management or the cast member may direct their concerns to the HR Department.

If a cast member is uncomfortable following this chain of command, they may at any time voice the concern to the next management level or to the HR Department (**via 1-877-REGAL-TL**) for aid in reaching a solution.

## Cast Member Behavior

Because we are concerned for the safety and security of our cast members and guests, the behaviors listed below are deemed inappropriate and will not be tolerated. Any cast members engaging in such behavior will be subject to discipline up to and including termination of employment. Inappropriate behavior includes:

- being insubordinate, threatening, intimidating, disrespectful, or assaulting a manager or

*Cast Performance Handbook*

coworker, guest, or vendor

- deliberate destruction of company, coworker or guest property
- theft or unauthorized use/misuse of company, coworker or guest property
- improper cash/inventory handling
- rudeness, unprofessional or discourteous behavior towards a guest or anyone in contact with Regal
- unprofessional behavior, including but not limited to profane or inappropriate language, comments or gestures, verbal or physically aggressive bullying behavior towards employees or guests
- dereliction of duty
- failure to remain at work station/taking unauthorized breaks
- making inappropriate gestures, including visual staring at guests or coworkers
- past or present conduct unbecoming a Regal employee
- wearing logos or other clothing that reflects any form of violent, discriminatory, abusive, offensive, demeaning or otherwise unprofessional messages
- threatening, intimidating, coercing or otherwise interfering with the job performance of fellow employees or visitors
- harassing employees or guests
- use of racial or sexually offensive slurs or insults
- failure to work in a cooperative manner with management, coworkers, guests and vendors
- wardrobe (dress code) violations
- unexcused or excessive absences or tardiness
- violation of safety rules
- possession, consumption or misuse of illegal drugs, legal drugs (such as prescription or marijuana where legal), or alcohol while on Regal property, on the job or reporting to work under the influence of same
- concealment, possession, usage or sales of weapons while on Regal premises or engaged in Regal business—in accordance with state and local laws.
- providing unauthorized admittance to the theatre.
- false or inaccurate reporting of information related to or associated with your employment, the duties of your position or benefits.
- falsification of information.
- discriminatory conduct.
- violation of Regal policies.
- failure to cooperate and/or be forthcoming in internal investigations.
- misuse or unauthorized disclosure of confidential information not otherwise available to persons or firms outside of Regal.
- playing arcade games during work or while in uniform.
- loitering at the theatre when not on duty.
- failure to take mandated meal and rest periods.
- eating and drinking in front of guests while on duty or while taking a rest or meal period and

still in uniform.
- chewing gum while on duty.
- RCC policy violations.
- unauthorized consumption of non-saleable or saleable food or beverages while on duty or off duty.

This list is **not** all-inclusive and may be subject to change at the discretion of corporate management.

## Four-Step Disciplinary Process

The following procedure will be used at the discretion of management where it is believed that such use will be in the best interest of the Company and can be reasonably expected to benefit the cast member and Regal in resolving performance issues. All four steps in this procedure ***may not*** be used for every problem.  There will be occasions when it will be necessary to take advanced steps or immediate action to correct a performance or conduct issue. Further, there may be occasions when it is necessary for a cast member to be immediately suspended pending further review of the situation. For example, a cast member caught stealing company property will be suspended immediately pending further review of the appropriate disciplinary action.

### Corrective Actions

It is imperative that cast members clearly understand what is expected of them and that they are apprised of any areas requiring improvement. At the discretion of management, cast members may receive verbal counseling on multiple occasions for the same or different conduct. The Four-Step Disciplinary Process is designed to enable ongoing counselings, where it is believed that such guidance will benefit the cast member and Regal, without moving into the second step of the Four-Step Process. However, if a cast member continues to experience performance problems after such efforts, or is unresponsive to the informal effort(s) taken to date, further discipline will be required. Performance problems need not be identical to advance the form of discipline within the Four-Step Process.

In cases where such informal methods are not successful, continued attempts at resolution will be made by progressing with the Four-Step Disciplinary Process. Once a cast member advances to the second step of the process, regardless of the nature of the violation or performance problem, the Four-Step Process must advance. However, if a cast member has remained in continuous employment for six full months since the last disciplinary action, they will revert to the previous step in the process. For example, if a cast member was on the third step of the process and continues to work for six months without further disciplinary action being taken against them, the cast member will revert back to the second step of the process. Time does not accumulate if an employee is on a form of unprotected leave of absence, such as School or Personal Leave.

### Step One—Verbal Counseling

When a problem (or problems) first arises, the cast member and supervisor will meet in an effort to find a solution. At that time, the supervisor and cast member will discuss the issue to ensure each understands the nature of the problem, which will enable the supervisor to make suggestions designed to help the cast member improve their conduct or behavior, thus eliminating the problem altogether. Notes of this conversation will be documented as a Step One—Verbal Counseling using the "Employee

Counseling Form" and placed into the cast member's personnel file.

### Step Two—Written Counseling

In the event the problem(s) continue, or additional issues arise, the supervisor will prepare a written counseling for the cast member outlining the history of the problem(s), recommending a resolution and advising the cast member of the consequences of continued performance issues. This conversation will be documented as a Step Two—Written Counseling using the Employee Counseling Form and placed into the cast member's personnel file.

### Step Three—Final Written Counseling

If the performance problem(s) continue after the first two steps have been taken, additional disciplinary action is required. Such action will take the form of a final written counseling to the cast member outlining the history of the problem(s), efforts to be taken to rectify the problem(s), and the consequences of continued performance issues. This information will be documented as a Step Three—Final Written Counseling on the Employee Counseling Form and placed in the cast member's personnel file.

### Step Four—Notice of Suspension

If the problem continues after the first three steps and reasonable efforts to correct the problem have failed, termination of employment is the last resort. Because termination of employment is a serious matter, the power to discharge a cast member is not given to any single manager. When a matter that may lead to discharge arises, the situation will be evaluated and fully discussed with the cast member. If, after weighing all the facts, the cast member's supervisor recommends discharge, the entire situation (including past disciplinary actions) must be reviewed with a member of the HR Department. If necessary, a cast member may be suspended while information is gathered.

If termination is authorized by HR, the cast member's final pay will be directed in accord with the payroll method in place for the specific employee (or in compliance with state law).

### Review of Termination (Appeal)

A discharged employee may seek reinstatement by appealing the decision directly to the Human Resources Appeal Process email address at regalappealprocess@regalcinemas.com within two working days of the employee's discharge. The Appeal Panel will review the facts and will communicate the decision directly to the employee and to all appropriate levels of supervision. The appeal review process will ensure all aspects of the original discharge decision are reviewed by a party who had no decision-making authority in the original discharge determination. If the discharge decision is reversed, and the employee is offered reinstatement without any disciplinary action or education, back pay will be paid for the average working hours lost by the employee during the separation period. The decision of the Appeal Panel will be final.

## Cast Member-Initiated Separations/Terminations

When a cast member leaves Regal, they are required to return all company property in their possession (i.e. uniform, nametags, etc.). Cast Member-initiated separations and terminations include the following:

- Resignation - Cast members are expected to provide a two-week notice of resignation when

possible.  Written notices are preferred and should contain an explanation as to why the cast member is leaving.

- Job Abandonment - Unexcused absences cannot be tolerated.  If a cast member fails to report an absence for two (2) consecutive scheduled shifts, their employment will be deemed to have been voluntarily terminated.

    An employee who leaves their post and the theatre premises before their shift has ended without the immediate supervisor's permission, for reasons unassociated with the employee's terms and conditions of employment, will be considered to have voluntarily terminated their employment.

- Retirement

## Cast Member Wardrobe (Dress Code)

| *Position* | *Company-provided Shirt* |
| --- | --- |
| General Team Member | Regal polo shirt with black undershirt |
| Bartenders (at freestanding bars) | Plain black long-sleeve dress shirt (no undershirt required) |
| Lavazza Barista | Plain gray dri-fit shirt (no undershirt required) and Lavazza apron |
| B-Fresh Team Member | Plain gray dri-fit shirt (no undershirt required) and B-Fresh apron |
| Cinebarre Front of House | Cinebarre gray button-up shirt |
| Cinebarre Back of House | Black Cinebarre t-shirt and either a Cinebarre chef coat or Cinebarre apron |

From movie genres to hair colors, everyone has their preferences and we want to celebrate our differences. We invite our people to bring individuality to work so we have created a guide to walk cast members through professionalism at Regal.

**Shirts**

| *Position* | *Acceptable Pants Style* |
| --- | --- |
| General Team Member | Solid blue or black jeans, or black dress slacks |
| Bartenders (at freestanding bars) | Solid blue or black jeans, or black dress slacks |
| Lavazza Barista | Solid blue or black jeans, or black dress slacks |
| B-Fresh Team Member | Solid blue or black jeans, or black dress slacks |
| Cinebarre Front of House | Solid blue or black denim jeans only |
| Cinebarre Back of House | Black chef pants only |

Team Members will be issued up to two shirts containing the Regal or Cinebarre logo as listed below.

The Team Member will be responsible for the cleaning and maintenance of the shirts, which must always be tucked in while on duty.

**Pants**

Team Member should provide their own pants. The list of acceptable pant styles is below.

Regardless of position, pants must be pulled to the waist at all times. They must be free from rips, tears

*Cast Performance Handbook*

or any other excessive signs of wear. Form-fitting stretch pants/leggings, canvas pants, stirrup pants and pants of colors and materials not listed above may not be worn while on duty. The pant legs should reach your shoes so no skin shows below the pants or above your shoes and socks. An appropriately sized and styled black belt should be worn as well, with a buckle of a modest and professional manner.


**Shoes and Socks**

For all positions, generic slip-resistant black shoes should be worn. These should not have prominent manufacturer logos on them. Slip-resistant shoes typically state as such on the sole of the shoe or have "slip resistant" printed on the box. Socks should also be all black.

**Other Provided Uniform Materials**

Regal or Cinebarre logo hats will be provided in areas where local food safety requirements mandate hair coverings in food preparation areas. For Cinebarre Back of House employees, hair nets will be provided for hair longer than collar length. These must be worn along with the company-provided hat. Additionally, aprons will be provided where required.

**Personal Appearance and Grooming**

We want our Team Members to celebrate their individuality while maintaining a professional environment. The below guidance should be followed when preparing for work:

- For health and safety purposes, all hair longer than collar length must be pulled back and must be professional in style.
- Hair color can be any color or multi colors.
- Visible tattoos are permitted, so long as they do not contain obscene, profane, racist, sexual or objectionable words or images. Facial tattoos are not permitted.
- Visible body and facial piercings are allowed.
    - It is not acceptable to cover piercings with a bandage, make-up, or anything other than appropriate clothing consistent with Regal's dress code.
    - Face piercings should be limited to no more than 2 piercings, and are acceptable for all areas except lips, mouth and tongue
- Jewelry should be limited to no more than three rings total. Any necklaces must be concealed for safety reasons.
    - Due to food safety regulations, Cinebarre Back of House employees are only permitted to wear one smooth-band ring, and may not wear any necklaces, chains or other loose fitting bracelets, with the exception of medical alert bracelets or necklaces.
- Earrings are limited to four per ear, and can be on all parts of the ear. These can be no larger in size than a quarter. Plugs or spacers are allowed, but these may not be larger than 18mm (or the size of a dime).
- Fingernails must be clean, of reasonable length and functional. Make-up and nail polish should be neatly applied and understated if worn. Facial hair should be kept clean and well-groomed.
    - Due to food safety regulations, Cinebarre Back of House employees are not permitted wear fingernail polish, either colored or clear.

**Nametags**

Nametags will be issued to all General Team Members, Bartenders, Lavazza Baristas, B-Fresh Cast Members, and Cinebarre Front of House employees. Your nametag will have your first name printed in a larger font, and a favorite movie title printed in a smaller font. The nametag is worn on the right side of the uniform shirt, opposite the brand logo.

**Promotional Dress/Buttons**

Occasionally, you may be asked to wear a branded uniform shirt to help promote a film or other event. During these times, changes to the standard dress code policy may be implemented. Once the promotion ends, cast members are expected to return to the regular dress code as outlined above.

You may also be asked to wear a movie button to help promote a film or other product. Only one button may be worn on the uniform and movie buttons must pertain to a current film.

*Please note that this dress code policy is subject to variation based on applicable state or local laws. Please contact the HR Department for any questions regarding special situations or circumstances.*

## Safety & Health

**General Safety & Health Guidelines**

Cast members are expected to work in a safe manner and observe all safety rules and regulations. Contact a member of management if you have any questions regarding Regal's safety policies and procedures.

**Hand Washing**

All employees must wash their hands with soap and warm water, scrubbing vigorously for 30 seconds, prior to engaging in food preparation including working with exposed food, clean equipment and utensils, and unwrapped single-service and single-use articles, and:

- after touching bare human body parts other than clean hands and clean, exposed portions of arms
- after using the restroom
- after coughing, sneezing, using a handkerchief or disposable tissue, using tobacco, eating, or drinking
- after handling soiled equipment or utensils
- during food preparation, as often as necessary to remove soil and contamination and to prevent cross-contamination when changing tasks
- when switching between working with raw food and working with ready-to-eat food
- before donning gloves for working with food
- after engaging in other activities that contaminate the hands

Note: Hands should be washed only in a hand-washing lavatory or approved automatic hand washing facility, and employees may not clean their hands in a sink used for food preparation, ware-washing or in a service sink or a curbed cleaning facility used for the disposal of mop water and similar liquid waste.

**Personal Habits**

When working with or near food, avoid:

- coughing or sneezing into food or hands
- scratching the head or fixing hair
- wiping the mouth or nose with fingers
- smoking, chewing gum, or eating in non-designated areas
- nibbling on food in food preparation or service areas
- failing to wash hands as needed
- tasting food with hands or spoons used for cooking

In addition, employees should wash their hair frequently, keep fingernails clean and trimmed, and treat and bandage wounds and open sores. Bandages on the hands should be covered with disposable, waterproof plastic gloves. Gloves should be changed frequently and as often as necessary.

**On-the-Job Accidents/Incidents, Illnesses, and Injuries**

One of the leading causes of cast member and guest injuries is "Slips, Trips and Falls." To eliminate accidents caused by slips, trips and falls, it is critical that cast members follow these safety practices:

- maintain good housekeeping at all times. Look for and clean up, pick up or report for correction any debris or moisture on floors.
- keep one hand free and use handrails when going up and down stairs.
- use ladders (except minor cast members) or step stools when reaching for higher items—do not stand on chairs or other unsafe items.

Cast members are expected to report any hazards or unsafe working conditions they become aware of, including notifying a manager upon finding any broken or malfunctioning equipment. Cast members are not to operate any equipment they have not been trained to operate. Regardless of the severity, cast members are responsible for immediately reporting **_all_** on-the-job accidents/incidents, illnesses or injuries to their immediate supervisor.

Cast members have a right to raise a safety or health concern with Regal or OSHA or to report a work-related injury or illness, without being retaliated against.

**Professional Medical Treatment**

If you have a work-related injury or illness that requires professional medical assistance, notify your manager, or if physically incapable of doing so, have a coworker notify your manager. Every effort should be made to let your manager know before you receive professional medical assistance for a work-related injury or illness.  Failure to do so may cause you to be ineligible for Workers' Compensation benefits to pay for doctor bills and/or lost wages.

If you see a guest injure themselves, immediately attempt to assist the guest but do not admit fault or discuss any similar past like incidents. Immediately report the injury to a manager so the appropriate assistance can be offered. Inform the guest that a manager is on the way. Stay with the guest until a member of management arrives.  Only cast members certified in CPR and/or First Aid should perform such aid. If you are certified in CPR and/or First Aid, a copy of your certification card must be in your personnel file before such skills are administered.

**First Aid and Medical Treatment**

All theatres are provided with a First Aid Kit for use in the treatment of minor scratches, burns, headaches, nausea, etc., and you should familiarize yourself with its location. Let a manager know if you need to use the First Aid Kit.

**Chemical Safety and SDS**

As a cast member, you will be required to use several different types of chemicals while performing your duties. Your manager will train you on the safe and correct use of each chemical.

When using cleaning supplies, be careful and remember that some cleaning materials are not compatible with others. Always verify that the chemicals at your theatre have a proper label. Be certain to read the labels, paying careful attention to directions for use and safety warnings. Follow all usage directions as outlined on labels.

Every chemical used at your theatre should have corresponding a Safety Data Sheet (SDS). The SDS will provide you with essential information regarding the chemical, its safe use, and required instructions for handling emergencies related to the use of the chemical. Ask your supervisor where the SDS binder is located at your theatre and have them show you how to read its contents.

**Bloodborne Pathogens**

Bloodborne pathogens are carried by human blood and other bodily fluids and if exposed to them, they can be a danger to your health. As a result, all theatres have Personal Protective Equipment (PPE) available to cast members should they encounter anything that might contain bloodborne pathogens. Federal, state, and local child labor laws prohibit cast members under the age of 18 from engaging in any activity that might cause them to be in contact with bloodborne pathogens.

**Popcorn Popper and Fire Safety**

Properly training cast members on operating the popcorn popper is critically important to help ensure the safety of both our staff and clientele. Extremely hot kettles and a large amount of electricity can make poppers dangerous, possibly resulting in a fire. However, if basic operation protocols are followed, the equipment is completely safe to use. Be careful not to touch the kettle and make sure the agitator is turning before you begin popping corn.

In a rare situation where the popper kettle catches on fire, remain calm, close the kettle lid and turn off the kettle heat. If these measures do not put out the fire, you may have to use a fire extinguisher. Always notify your manager as soon as possible if a fire breaks out. In the event a batch of popcorn is burned, dump the burned popcorn into a non-flammable container and wait for it to cool before discarding it.

## Emergency Procedures

The emergency procedures outlined below are guidelines for each cast member to use in situations that would require immediate action to be taken to assure the safety of our guests and cast members. The most important fact to remember is: **THE SAFETY OF OUR GUESTS AND CAST MEMBERS COMES FIRST**.

- Immediately notify your supervisor if an emergency occurs.
- Determine the exact location and the nature of the emergency and proceed with the correct course of action as directed by your supervisor.
- Keep control of the situation by following directions given by your manager, security, police,

and/or other emergency personnel. By doing so, you will avoid panic.

- If it is safe to do so, remain visible to the guests until they are in a safe area.
- If the situation dictates that the facility be locked down to ensure the safety of our guests and cast members, follow all instructions given by management. Due to the nature of the situation, cast members may be assigned to wait with guests in specific areas in order to prepare for a potential evacuation once determined by a member of the theatre management team and/or the proper authorities.
- If the situation dictates evacuation, a manager will initiate procedures to announce that the facility is being evacuated. Management will assign cast members to each auditorium to direct guests out of the building. With the house lights on, management or floor staff cast members designated by management should move to the front of each auditorium and announce the need for evacuation clearly and calmly. The announcement should follow along these lines:

> *MAY I HAVE YOUR ATTENTION PLEASE? THERE HAS BEEN AN EMERGENCY THAT REQUIRES ALL PERSONS TO EVACUATE THE BUILDING IMMEDIATELY. PLEASE PROCEED SAFELY TO THE NEAREST EMERGENCY EXIT.*

- If safe to do so, theatre personnel should then direct guests to the appropriate exit.
- If safe to do so, remain in the auditorium until all guests have exited. Provide details only as necessary. Do not waste time trying to explain the situation to guests because that may delay the evacuation process. If guests ask questions, tell them you will answer all questions once everyone has safely exited. Each theatre has its own evacuation plan contingent upon the physical layout of the theatre. Designated "safe meeting places" are intended for staff to gather after all guests have left the building.

**Box Office Cashiers:**
- Place any phone calls the manager requests.
- Secure all money in locked drawers and take the keys.

**Ushers:**
- Have flashlights ready and in hand.
- Make announcements when directed by management.
- Check and clear restrooms.
- Inform management when all guests are in safe areas.

**Concessionists:**
- Turn off all equipment.
- Secure all money in locked drawers and take the keys if applicable.
- Assist with directing guests to safe places.

**Management:**
- Turn ON all house lights and work lights if necessary.  Turn OFF all projectors.
- Turn off all projection equipment breakers.
- Move to main level to assist with evacuation.

**Power Failure**

If there is a power outage unrelated to fire or weather damage, instruct guests to remain in their auditoriums in anticipation of power restoration. Keep guests informed and thank them for their patience.  Contact your manager for additional instructions if the power has not been restored within approximately fifteen minutes after an announcement.

## Workplace Violence

Regal has a zero-tolerance policy toward workplace violence. Regal expects and requires all cast members to display common courtesy and to engage in safe and appropriate behavior at all times. Any involvement in incidents of violence, verbal or physical, is considered dangerous, unacceptable and a violation of this policy.

Racial or ethnic slurs, sexually harassing remarks, bullying, threats of violence and any other provocative comments, language or actions will not be tolerated. Cast members who make provocative comments or otherwise engage in provocative conduct toward co-workers or other individuals are held equally culpable for any ensuing physical altercation, even if they do not strike the first blow or otherwise initiate a physical confrontation. All incidents of physical altercations are treated as gross misconduct and can result in disciplinary action, up to and including dismissal. Pending the results of its investigation, Regal may suspend cast members who are involved in any such physical or verbal altercations.  Prohibited conduct includes, but is **_not_** limited to:

- injuring another person physically
- engaging in bullying behavior (verbal, written or physical) that creates a reasonable fear of injury to others or causes others to have concern for their personal well-being
- possessing, brandishing, or using a weapon while on Regal premises or engaged in Regal business
- engaging in behavior that damages company, co-worker or guest property
- committing injurious acts motivated by, or related to, domestic violence or harassment

**Workplace Violence: Cast Member Guidelines and Procedures**

While we endeavor to provide our cast members with a safe and secure workplace, Regal recognizes that crime and violence sometimes can spill over into the workplace. Safety is our top priority and it is critical to be diligent whenever you are on duty and to immediately report to a member of management any broken equipment or suspicious activity you may observe. Additionally, we check all backpacks, packages, or large bags carried by guests as they enter our theatres. During this process, we ask guests to open their bags and allow us to look inside and check all areas thoroughly. Please be careful not to touch guests' personal belongings. If any weapons or unsafe items are detected, contact management immediately so they may instruct such guests to remove the items from the theatre before being allowed admittance. By working together, our team collectively can help protect the safety of our cast members and valued guests.

**General Security Practices**

- Never hesitate to call security or the police if confronted with a potentially violent situation or if you believe a crime is about to be or is being committed. It is better to have called the police unnecessarily than not to have the police available when a threatening situation turns violent

or a crime is or has been committed.

- Never attempt to physically restrain or physically remove a threatening or violent individual by yourself.
- Always report violent, threatening or harassing behavior to your manager and security.
- Alert your manager or security to the presence of strangers, suspicious behavior or suspicious packages in your work area. If you see something out of place or something that concerns you, report it to your manager immediately.
- If necessary, contact management and security discreetly by paging "Mary Evans" as a prearranged code to signal that there is a problem.
- In the event of an armed robbery, comply with the robber's demands, including demands for Regal's money or property.

**Coping with Threatening or Violent Individuals**

Effective handling of threatening or violent individuals requires the use of good judgment and relying on your own assessment of a specific situation. Nevertheless, you might be able to cope with several different types of threatening situations by following the guidelines below.

*When confronted with an angry/hostile individual engaging in possibly dangerous behavior:*

1. Stay calm and be patient.
2. Listen attentively and maintain direct eye contact.
3. Keep your distance from the individual while trying to keep the situation under control by expressing a willingness to calmly discuss the situation.
4. Have a coworker or a manager call security or the local police, or page "Mary Evans" to signal security that there is a problem.
5. If the individual has a weapon, DO NOT attempt to take it from them. Continue talking while following the instructions of the person who has the weapon. Watch for an opportunity to move to a safe area.
6. Take direction from the police or security personnel once they arrive on the scene.

*When confronted by someone with a gun, knife, or other weapon:*

1. Stay calm.
2. Never try to grab the weapon.
3. Quietly signal a coworker or supervisor that you need help. Do not call for help yourself if you are being directly confronted by the individual.
4. Have the co-worker or supervisor call security or the local police, or page "Mary Evans" to signal Security that there is a problem.
5. Be courteous and patient. Keep talking while following the instructions from the person who has the weapon.
6. Watch for a chance to escape to a safe area. Take direction from the police or security personnel once they arrive on the scene.

**Back Pack/Packages or Bags**

To ensure the safety of our guests and employees, Regal personnel should inspect the contents of all

backpacks, packages or large bags prior to the owner's admission into the theatre. When checking bags, to the extent necessary, request that the guest/cast member move or remove the contents so that all areas of the bag, including pockets, can be visually inspected thoroughly. You should never touch guests or any of their property. Use a flashlight to inspect the contents of any bag. Should a guest refuse to allow a visual inspection of a backpack or bag, or if an item deemed inappropriate or unsafe (such as weapons or alcohol beverages) is discovered, be polite and understanding when addressing the guest and notify a member of management for assistance. Remember, the guest may be upset, and we should do what we can to assure that their needs will be taken care of and all questions answered.

In addition, all cast member backpacks, packages or bags should be routinely inspected by a member of management upon arrival to and departure from the theatre.

**Robbery Procedures**

1. Stay calm and be patient. Obey all instructions, including giving all items demanded by the individual. Do not attempt to stop or apprehend a person.
2. If possible, without attracting the attention of the individual, push or pull any emergency levers.
3. Quietly signal a coworker or manager that you need help. Do not call for help yourself if you are being directly confronted by the individual.
4. Have the co-worker or supervisor call security or the local police, or page "Mary Evans."
5. Be attentive and as soon as the individual leaves, write down all information you can remember about the physical appearance of the individual and any other fact that may be relevant.

Robbery situations are very rare in movie theatres. However, we want to make sure you are properly prepared for any possible scenario. Following these procedures can help to ensure your safety in the unlikely occurrence of a robbery at your theatre.

**Bomb Threats**

Bomb threats must be taken seriously. While it is preferable for a manager to take a bomb-threat call, that may not always be the case. Regardless of who takes the call, remain calm. Listen very carefully to the caller, and write down what is said. If you have the opportunity, ask the caller the following questions:

1. Where is the bomb?
2. When is it set to go off?
3. What kind of bomb is it?
4. What does the bomb look like?
5. Why did you place the bomb here?

While on the phone with the caller, attempt to recognize the voice. Listen for distinguishing characteristics: Is it familiar? Does it have an accent or distinct pattern of speech? Are certain words used repeatedly? Listen for background sounds that may indicate where the call originated. Make note of anything that might help with the identification process.

Attempt to stay on the line with the bomb-threat caller long enough to get the pertinent information. As

soon as you get off the phone, try to retrieve the bomb-threat caller's number with your phone system's call-back feature if it is available. Then, notify a member of management and CALL 911.

## Trash Compactors and Other Hazardous Equipment

Cast members under the age of 18 ***are not*** permitted to **load or operate** trash compactors. In addition to trash compactors, minor cast members are restricted from operating projection equipment, powered lifts, ladders more than three rungs high and other equipment designated by federal, state, or local laws.

## Smoking Policy

Smoking, including the use of e-cigarettes and chewing tobacco, is prohibited in all Regal facilities. Non-uniformed cast members wishing to smoke during authorized break periods must do so only in a designated staff smoking area outside of guest/public view.

## Electronic Communications Policy

Our employees have access to one or more forms of electronic media and services, including computers, email, telephones, voice mail, fax machines, external electronic bulletin boards, wire services, online service, the Internet and the World Wide Web. Regal encourages the use of these media and associated services because they can make communication more efficient and effective, and because they are valuable sources of information about vendors, guests, technology and new products and services. However, all employees and everyone connected with our organization should remember that electronic media and services provided by the company are company property and their purpose is to facilitate and support company business. All managers must sign the Email Monitoring and Consent Form.

This policy is designed to express Regal's philosophy and set forth general principles employees should apply when using electronic media and services. The following procedures apply to all electronic media and services  that are:

- accessed on or from company premises
- accessed using company computer equipment or via company-paid access methods
- used in a manner that identifies the individual with the company

Electronic media cannot be used for knowingly transmitting, retrieving, or storing any communication that is:

- discriminatory or harassing, such as that related to an individual's race, sex, etc.
- obscene, such as pornography, graphically demeaning, offensive, etc.
- personal solicitations
- defamatory or threatening
- intended for any purpose that is illegal or contrary to Regal's policy or business interests

Electronic media and services are provided by Regal primarily for employees' business use. Limited, occasional or incidental use of electronic media (sending or receiving) for personal non-business purposes is understandable and acceptable. However, employees are expected to demonstrate a sense of responsibility by not abusing this privilege. Please contact your HR Manager for further guidance.

At its discretion, Regal may review any employee's electronic files and messages to the extent necessary

*Cast Performance Handbook*

to ensure electronic media and services are being used in compliance with the law, this policy, and other Regal policies. Employees should not assume electronic communications are totally private. If they have sensitive personal information to transmit, employees should use other means.

Regal recognizes that blogs, other types of self-published online journals, and collaborative web-based discussion forums can be highly effective tools for sharing ideas and exchanging information of all kinds. The company has established the following rules and guidelines for communicating via blogs or other communications technologies, whether used in or outside the workplace.

- Carefully review and adhere to Regal's Social Media Policy. Respect all copyright and other intellectual property laws. For Regal's protection as well as your own, it is critical that you show proper respect for the laws governing copyright, fair use of copyrighted material owned by others and the company, trademarks and other intellectual property that includes including Regal's own copyrights, trademarks and brands. In the event such communications are made, all individuals doing so must make it clear that they are not speaking on behalf of Regal and that their comments are their own and do not necessarily reflect the view of Regal.
- At no time should any Regal employee create, maintain or use a separate customer database or mailing list. Further, no Regal employee should retain any guest information collected for the RCC program for non-authorized use.
- Employees may not use recording devices such as cameras, cell phones or other wearable computing devices to record images or audio in Regal offices or cinemas during work time without prior approval from an immediate supervisor and consent of all parties to be recorded.
- Employees may not post on personal blogs any photographs or videos of company events or any events inside a theatre, other employees or company representatives, or company products unless employees have received explicit permission from the Marketing Department or such comments relate to their or a coworker's specific terms and conditions of employment. In the event such communications are made, all individuals doing so must make it clear that they are not speaking on behalf of Regal and that their comments are their own and do not necessarily reflect the view of Regal.
- Employees may not advertise or sell company products or services via personal blogs.
- Employees may not discriminate, harass or otherwise be derogatory in any manner toward guests or co-workers.
- Employees who maintain blogs, post on film review or social media sites and who are identified or who choose to identify themselves as employees of Regal are strongly encouraged to state explicitly, clearly, and in a prominent place on such sites that views expressed are the employee's own and not those of the company or of any person or organization affiliated or doing business with Regal.
- Any employee engaged in harassing or discriminating conduct will be subject to disciplinary action up to and including termination of employment.

Regal also reserves the right to use software and blog-search tools to monitor compliance with this policy.

**Social Media**

At Regal, we understand that social media can be fun and a rewarding way to share your life and opinions with family, friends and co-workers around the world. However, use of social media also presents certain risks and carries with it the certain responsibilities. Social media includes all means of communicating or posting information or content of any sort on the Internet, including personal or another's website or blog, journal or diary, social networking or affinity website, web bulletin board or chatroom, whether or not associated or affiliated with Regal as well as any other form of electronic communications. To assist employees in making responsible decisions about the use of social media, Regal has established these guidelines for appropriate use of social media. These guidelines apply to all persons employed by Regal.

- Included is any conduct that adversely affects guests, suppliers, or people who work on behalf of Regal or Regal's legitimate business interests; such conduct may result in disciplinary action up to and including termination.
- Also included are inappropriate postings that may include discriminatory remarks, harassment, and threats of violence or similar inappropriate or unlawful conduct; these postings will not be tolerated and may subject Regal employees to disciplinary action up to and including termination.
- If you post complaints or criticism, avoid using statements, photographs, and video or audio that reasonably could be viewed as malicious, obscene, and threatening or intimidating that disparage employees, guests or suppliers; or that might constitute harassment or bullying. Examples of such conduct might include offensive posts meant to intentionally harm someone's reputation or posts that could contribute to a hostile work environment regarding race, sex, disability, religion, or any other status protected by laws or company policy.
- Never post any information or rumors that you know to be false about Regal, fellow employees, guests, suppliers, or people working on behalf of Regal or its competitors.
- Respect financial disclosure laws.  It is illegal to communicate or give a "tip" on inside information to others so that they may buy or sell company stocks or securities.
- Do not create a link from your blog, website or other social networking site to a Regal website without identifying yourself as a Regal employee.
- Refrain from using social media while on work time or on company-provided equipment. Accessing social media websites and channels such as Facebook, Twitter, and LinkedIn from Regal-owned equipment is strictly prohibited.
- Do not use Regal email addresses to register on social networks, blogs or other online tools developed for personal use.
- Regal prohibits taking negative action against any employee for reporting a possible deviation from this policy or for cooperating in an investigation. Any employee who retaliates against another employee for reporting a possible deviation from this policy or for cooperating in an investigation will be subject to disciplinary action up to and including termination.

If you have questions or need further guidance concerning Regal's Social Media policy or any other policy, please contact your HR representative.

## No Solicitation Policy

Regal prohibits all non-Regal-sponsored solicitation of our guests or cast members or distribution of literature in connection with related causes, commercial pursuits, groups or interests except as required by applicable state or federal laws.

## Visitors

To help maintain an image of professionalism and preparedness, cast members are prohibited from having visits from friends and relatives during work time. Distractions of this nature can be disruptive especially during peak periods, and can have negative effects on guest service.

## Gratuities Policy

Generally, cast members are expressly forbidden to encourage, solicit, or suggest guests provide them "tips" or "gratuities." If a gratuity is offered to a cast member, the cast member should politely decline the offer. At select theatres offering enhanced amenities, exceptions to this policy may be made for certain servers and wait staff. Please contact your management team with any questions.

## Media Rules

Regal strives to anticipate and manage crisis situations in order to reduce disruption to our employees and maintain our reputation as a high-quality company. To best serve these objectives, the company will respond to the news media in a timely and professional manner *only* through Regal's designated spokesperson. All employees are expected to adhere to this policy and advise such media personnel that they are not authorized to comment for the company and refer them to the corporate office directly at the number listed below. Such events include, but are not limited to:

- workplace violence (i.e. altercations, robberies, bomb threats, etc.)
- natural disasters (i.e. fires, floods, earthquakes, tornados, etc.)
- media events (i.e. situations that draw media attention or which may negatively impact Regal's brand, image or reputation)

Direct Regal media inquiries to:

Regal Media Line:    (865) 925-9539

However, employees may comment by any means or format concerning their or a coworker's specific terms and conditions of employment. In the event such communications are made, any individual doing so must make it clear that they are not speaking on behalf of Regal and that their comments are personal and do not necessarily reflect the view of Regal.

## Lost and Found

Articles, such as wallets, purses, electronics and other possessions often are left behind or lost at our cinemas. These items must be retained on site regardless of their perceived significance since they may have value to our guests. All found articles must be turned in immediately to a member of management. Under no circumstances should anyone other than a member of management open a wallet or purse.

# Cast Member Code of Ethics

The Cast Member Code of Ethics policy is intended to inform cast members of the ethical business philosophy of Regal and to protect the assets and employees of the company from unethical actions by employees or supervisors. The Code of Ethics is not intended to be a comprehensive manual covering every situation that might be encountered. This policy in no way restricts or restrains employees from the exercise of their statutory rights that cannot be waived by private agreement such as vested rights under any pension, retirement or similar plan, if any, the right to report possible violations of federal or state laws or regulations to any governmental agency or entity, including but not limited to the Department of Justice, the Securities and Exchange Commission, Congress, and any agency of the Inspector General; or making other disclosures that are protected under the whistleblower provisions of federal or state laws or regulations. Employees do not need prior authorization to make any such reports or disclosures and are not required to notify the company of such reports or disclosures.

## Compliance with the Law

It is the policy of Regal that its business will be conducted in accordance with all applicable federal, state and local laws and regulations, as well as applicable laws and regulations of foreign jurisdictions, and in a manner always reflecting a high standard of ethics. The laws and regulations applicable to the company are far-reaching and complex. Compliance with the law does not constitute our entire ethical responsibility; rather, it is absolutely a minimum essential condition for performance of our duties. Perceived pressure from supervisors or demands due to business conditions are not excuses for violating the law or ethical business practices. Any questions or concerns about the legality of an action should be addressed with your supervisor or Human Resources .

## Conflict of Interest

Business decisions and actions must be based on the best interests of the company and must not be motivated by personal considerations or relationships. Relationships with prospective or existing suppliers, contractors, customers, competitors, regulators or other employees must not affect your independent and sound judgment on behalf of the company. General guidelines to help you better understand several of the most common examples of situations that may cause a conflict of interest are listed below. However, you are required to disclose to your supervisor or Human Resources any situation that may be, or appear to be, a conflict of interest. When in doubt, it is best to disclose.

## Outside Employment

Although employment outside of the company is not necessarily a conflict of interest, depending upon your position with Regal and Regal's relationship with the other company, a conflict could arise. Outside employment also could be a conflict of interest if it causes you, or might be perceived by others to cause you, to choose between that interest and the interests of Regal.

Any outside work assumed by employees must not interfere with their responsibilities to Regal. An employee should discuss this matter with his/her immediate supervisor before engaging in additional employment. Employees are prohibited from engaging in outside employment of a similar nature to their work with Regal, except with approval from the Operations vice president.

If you believe your position outside the company could present a conflict of interest, discuss the situation

with your supervisor or Human Resources. If such a situation arises, either through scheduling or other potential conflicts, our undivided business loyalty requires that we resolve the conflict in favor of the company. An employee may NOT work for Regal simultaneously as both a salaried and an hourly employee, or as an independent contractor.

Cast members must have approval from the Vice President of Operations to work at more than one theatre.

**Family Members and Close Personal Relationships**

You may not use personal influence to direct company business to a company in which you, any family member or any friend has an interest. If you are aware that the company is engaged in or may be contemplating any business with such a company, you must discuss this relationship with your supervisor or Human Resources

**Investments**

You may not allow your personal investments to influence, or appear to influence, your independent judgment on behalf of the company. If there is any doubt about how an investment might be perceived, it should be disclosed to your supervisor or Human Resources.

**Bribery**

The company is subject to bribery laws in jurisdictions in which we operate and as a subsidiary of Cineworld Group plc ("Cineworld"), a U.K. company, this includes the provisions of the U.K. Bribery Act 2010 (the "UKBA").

A bribe includes anything of value, including any financial or other advantage given, offered, requested or received, without any minimum value, in order to improperly influence any act, inaction or decision of any person, including any government or public official or any director, officer, employee, agent or representative of any commercial organization or of any private individual (a "bribe"). Bribes can include money, gifts, hospitality, reciprocal favors, political or charitable contributions, or any indirect or direct benefit or consideration.

You must not give or offer, request or accept, directly or indirectly, anything that either is or could reasonably be viewed to be a bribe, and you must report as soon as possible any breach of this requirement. Reports should be made to your supervisor or Human Resources, or using the whistleblowing procedure detailed in the Whistleblower Policy below. The company has a zero-tolerance approach to bribery and employees must, at all times maintain compliance with this policy.

For further guidance in the context of gifts, entertainment and travel, please see the sections below. Note that you must take extra care when dealing with public officials and that the term "public official" as it is used here applies broadly and includes employees of state-owned organizations.

**Gifts**

The aim of this policy is to help ensure that no member of staff finds themselves in a position whereby their duty to act in the best interests of Cineworld and its subsidiaries (collectively, the "Cineworld Group"), or their obligations under the applicable bribery laws may be, or may be perceived to be,

compromised by accepting a gift from a third party.

Due to the nature of the industry in which we work, free entertainment, meals out, and other gifts or benefits (referred to later in this policy as "Gift" and "Gifts") are commonplace. It is important that as an organization there is transparency, and a system of check, in respect of Gifts.

*Declaration of Gifts*

All staff, including members of the Executive Management Team, Vice Presidents, Directors, and District Managers must declare individual Gifts over a certain threshold value prior to accepting them. Gifts with a suitably low value do not need to be declared. The thresholds above which Gifts must be declared are:

| | |
|---|---|
| Executive Management Team and Vice Presidents | $200 |
| Directors and District Managers | $100 |
| All other staff | $75 |

*Valuing Gifts*

An approximate cost in money terms of providing the Gift can be put on most gifts. It is that value which should be used to decide if a Gift needs to be declared. If a Gift cannot be valued in money terms, then it should be discussed with the Company Secretary or the Vice President of Legal Affairs who will advise whether it should be disclosed. There will be a general presumption that such Gifts will need to be disclosed.

Where an individual receives a number of Gifts from one source in quick succession or a regular basis, the aggregate value of all those Gifts should be used in determining if the Gifts must be disclosed.

*Process for Disclosing Gifts above the Threshold Levels*

Wherever reasonably possible, Gifts above the threshold levels must be declared prior to acceptance to the person named below. If prior disclosure is not possible, a Gift above the threshold value must be declared as soon as possible after acceptance.

> Person to be Notified: Lorie Walker, Vice President of Legal Affairs.

Where the person to be notified is not available, the Vice President of Human Resources should be notified in the interim and the correct person notified as soon as possible.

A register will be kept of all Gifts disclosed which will be overseen by the Company Secretary. The details to be disclosed by the recipient of a Gift and recorded will include:

- the person or organization giving the Gift;

- why the Gift was given, if known, including if the Cineworld Group has an established trading relationship with the person/organization;

- the actual Gift; and

- its approximate monetary value.

*Acceptance of Gifts*

Nothing in this policy authorizes the acceptance of any Gift whatever its value.  For all Gifts, each individual recipient must decide for themselves if they can accept the Gift without fear of compromising their obligation to the Cineworld Group to act in its best interest.  If the recipient genuinely believes they can, the Gift may be accepted.

In addition, it is not the value of a gift that makes it a bribe, but the intention with which it is given. The above threshold values do not preclude acts of bribery, where the intention with which the Gift  is given is improper.

For Gifts above the threshold level, the Cineworld Group reserves the right to instruct the individual concerned to refuse or to return the Gift. Failure to act in accordance with such an instruction, or failure to disclose a Gift above the threshold level, may result in disciplinary action being taken.

*Maintenance of the Policy*

The register will be reviewed on a regular basis by the Chairman of the Board of Cineworld to ensure that the Cineworld Group is transparent and robust in the way in which it conducts its business.

**Entertainment**

*Entertainment of Employees*

You may accept entertainment that is reasonable in the context of the business and that advances the company's interests. For example, accompanying a business associate to a local cultural or sporting event or to a business meal would, in most cases, be acceptable. Entertainment that is lavish or frequent may appear to influence your independent judgment on behalf of the company. Accepting entertainment that may appear inappropriate should be approved by your supervisor or Human Resources.

*Entertainment by the Company*

You may provide entertainment that is reasonable in the context of the company's business. However, you must obtain approval from your supervisor or Human Resources.

**Travel**

*Acceptance of Travel Expenses*

If a trip is for business and is approved by your supervisor, the Human Resources Department or other board-designated officer, you may accept transportation and lodging provided by a company supplier or other third party.

*Providing Travel*

Unless prohibited by law or, to your knowledge, the policy of the recipient's organization, the company may pay the transportation and lodging expenses incurred by customers, agents or suppliers in connection with a visit to a company facility or other company business. The visit must be for a business purpose, the expenses must be reasonable, and the visit and the expenses must be approved by your supervisor, the Human Resources Department or other board-designated officer.

**Facilitation Payments**

Facilitation payments, also known as "back-handers" or "grease payments," typically are small, unofficial payments made to secure or expedite a routine or necessary action by a public official. Bribery laws of some jurisdictions exclude facilitation payments from the criminalized area; some do not. Facilitation payments are prohibited by the UKBA and the company, as a subsidiary of Cineworld, and its employees therefore do not make facilitation payments.

If you encounter a public official who offers you a fast track or demands a facilitation payment from you, make a polite notice to company policies and the need for management approvals for expenditures and receipts.

**Business Partner Risks**

Several bribery laws, including the UKBA, extend beyond the employees of a company to include third parties acting on behalf of a company, such as consultants and agents. This means that any company in the Cineworld Group, including Regal, may become liable for acts of bribery by those representing the company. You should therefore take steps to monitor the behavior of our business partners, including carrying out appropriate due diligence and checks.

Anyone who initiates a third-party relationship or is responsible for such a relationship must show due care to ensure that no bribes will be paid by the third party towards performing their obligations. This includes subcontractors and consultants hired by a business partner to work on behalf of the company.

The following may indicate potential violations of anti-bribery and-corruption laws:

- a public official recommends hiring a particular third party;

- the proposed payment to a third party seems unreasonably high compared with the market rate (unless there is a reasonable explanation);

- a third party requests that payments be made off-shore or to an unknown party, be split among multiple accounts, be made to an account in a country other than where the third party is located or the business is to be performed; or any other unusual financial arrangements;

- a third party lacks qualifications or the staff to perform the expected services;

- a third party relies heavily on political or government contacts;

- a third party runs a cash intensive business;

- references reveal that a third party has a bad reputation or is not well known in the industry;

- a third party will not agree to terms requiring compliance with anti-corruption laws; and

- the same third party is used repeatedly without any reasonable justification.

If you have any suspicions, concerns or queries regarding a business partner or relevant third party, you should raise these with your supervisor or Human Resources.

**Taking Company Business Opportunities**

You may not take opportunities for yourself that belong to the company. Set out below is a non-

exhaustive, indicative list of opportunities that belong to the company:

- when the company has pursued the opportunity

- when the opportunity has been offered to the company

- when it is the kind of business the company competes in

- when the company has funded the opportunity

- when the company has devoted facilities or personnel to develop the opportunity

- when the opportunity is in the same line of business as the company's business

You owe the company a duty to advance its legitimate interests when the opportunity to do so arises.

**Protection of Company Property and Assets**

All employees have a responsibility to protect the company's assets from loss, damage, misuse or theft. Funds, products, computers, or other company's assets may be used only for business purposes and other purposes approved by an officer of the company. The company's assets never may be used for illegal purposes. The company's property should not be taken out of company facilities for use outside of the normal course of company business unless necessary and authorized by your supervisor or an officer of the company in connection with company work. Lost or destroyed company property must be replaced at the employee's expense.

**Proprietary Information**

All confidential or proprietary information of the company must be protected. For example, confidential information includes pricing, inventions, financial data, trade secrets and know- how, acquisition and divestiture opportunities, marketing and sales programs, research and development information and customer and supplier information. Confidential information also includes information that suppliers and customers have entrusted to us.

No employee should disclose the company's confidential or proprietary information to anyone within the company unless the recipient will need this information to carry out his/her assigned responsibilities as an employee of the company or to anyone outside the company unless such person has been properly authorized by an officer of the company to receive such information. Inquiries from the press, media, investors or the public regarding the company should be answered only by the board appointed officers or managers designated to respond to such inquiries. The following are some guidelines to help your compliance with this policy:

Be certain to leave the confidential information regarding your job where it belongs, locked up at the office. Classified material must not be taken home without prior authorization from someone in management.

Do not discuss our business with outsiders unless discussion of such business is necessary for the performance of your job.

Avoid careless talk about the company and its affiliates on and off the job, especially in such places as restaurants, airplanes, and elevators. Your friends and neighbors do not need to know our business.

*IF, UNDER ANY CIRCUMSTANCES, YOU RELEASE ANY CONFIDENTIAL INFORMATION IN BREACH OF THIS POLICY, YOU WILL BE SUBJECT TO DISCIPLINE UP TO AND INCLUDING TERMINATION OF EMPLOYMENT. IN ADDITION, REGAL WILL PURSUE ANY AND ALL AVENUES OF REDRESS AVAILABLE TO IT.*

**Inside Information and Securities Trading**

In the course of business activities, you may become aware of nonpublic information about companies in the Cineworld Group or their securities, "securities" meaning any publicly traded or quoted shares or debt instruments, and any linked derivatives or financial instruments, including shares, depositary receipts, options and bonds. If the information is likely to have a non-trivial effect on the price of Cineworld Group securities and an investor would be likely to consider it as part of a decision to buy, sell or hold securities, then it is "inside information."

No Regal employee who has possession of inside information may deal in any securities of any member of the Cineworld Group. You must also not recommend or encourage someone else to deal in any Cineworld Group member's securities at that time – even if you will not profit from such dealing.

You must not disclose any confidential information about the Cineworld Group (including any inside information) except where you are required to do so as part of your employment or duties. This means that you should not share the Cineworld Group's confidential information with family, friends or business acquaintances.

You may, from time to time, be given access to inside information about another group of companies (for example, one of the Cineworld Group's customers or suppliers). You must not deal in the securities of that group of companies at those times.

The Cineworld Group also operates a Dealing Code which applies to employees who are able to access restricted information about the Cineworld Group (for example, employees who are involved in the preparation of the Group's financial reports). You will be told if you are required to comply with the Dealing Code. Employees who are required to comply with the Dealing Code also must comply with this policy.

Additionally, no Regal employee may participate in any venture that may or will create a conflict of interest with respect to such employee's duties as an employee of the company (i.e. competing ventures, theatre investment, futures exchanges, etc.) without first getting approval from the Human Resources Department to participate in such venture. For example, no Regal employee who holds a position within the company that would enable such employee to significantly influence the performance of a film in the company's theatres may participate in the Cantor Exchange (or any similar exchange), an online futures market that enables investors to invest in a fund which suffers profits or losses based on the box-office revenue, without first receiving the appropriate approval.

Failure to comply with this policy may result in internal disciplinary action. It may also mean that you have committed a civil and/or criminal offense.

If you have any questions about this policy, or if you are not sure whether you can deal in securities at any particular time, please contact your supervisor or Human Resources.

**Fair Competition and Dealing**

No employee should ever use any illegal or unethical method to gather competitive information. Stealing or possessing proprietary information or trade-secret information that was obtained without consent or inducing such disclosures by past or present employees of other companies is prohibited. Additionally, the company and its employees are required to comply with state and federal antitrust and unfair competition laws, as well as applicable antitrust and unfair competition laws of other countries in which the company does business. If any employee has any doubt as to whether a contemplated action may violate fair competition laws, s/he should speak to his/her supervisor or Human Resources.

Each employee, officer and director should endeavor to deal fairly with the company's customers, suppliers, competitors and employees. None should take unfair advantage of such persons through manipulation, concealment, abuse of privileged information, misrepresentation of material facts or any other unfair dealing practice.

**Modern Slavery and Human Trafficking**

Regal does not and will not tolerate modern slavery either within our business itself or within our supply chain, and we take this issue seriously. We expect our supply chain to share the same values. We have a commitment to manage relationships with our suppliers fairly and to work in accordance with our ethics policies. Steps taken to ensure that slavery and human trafficking is not taking place in our supply chains or business include Board and Management training on the issue, and due diligence in relation to the practices of our suppliers in relation to modern slavery to ensure that they implement, and continue to implement, robust standards.

**Responsibility to the Company's Employees**

Regal is committed to treating all employees with honesty, fairness and respect and to providing a safe and healthy work environment. Abusive, harassing or offensive conduct is unacceptable, whether verbal or physical. Examples include derogatory comments based on racial or ethnic characteristics and unwelcome sexual advances. The Company will not tolerate discrimination or harassment on the basis of race, religion, national origin, sex, age, physical or mental disability, marital status, sexual orientation, gender identity, gender expression or any other protected class in dealing with employees, guests, suppliers or any other business contacts. The company will not tolerate, condone or allow sexual harassment whether engaged in by coworkers, supervisors, guests or other non-employees who conduct business with the company. When it occurs, employees are directed to report harassment to the employee's supervisor or Human Resources.

Additionally, Regal is committed to providing all employees and others who are on company property with a safe and secure environment. Accordingly, all personnel will comply with all health and safety laws and regulations as well as company policies governing health and safety. All personnel are responsible for immediately reporting accidents, injuries and unsafe equipment, practices or conditions to a supervisor or company officer. This policy is not intended as a limitation of the policies set forth in the Cast Performance Handbook as amended from time to time.

**Accuracy and Retention of Company Records**

Accounting standards and applicable law in both the United States and the United Kingdom require that transactions and events relating to the company's operations and assets must be properly recorded in the books and accounts of the company and accurately reported in the reports required by and filed with the applicable company registry and, in relation to consolidated Cineworld Group financial results, the UK Financial Conduct Authority. As a result, all officers of the company and all financial personnel shall make and retain books, records and accounts that, in reasonable detail, accurately, completely and objectively reflect transactions and events, and conform both to required accounting principles and to the company's systems of internal controls. No false or artificial entries may be made. No entry may be made or recorded in the company's books and records or reported in any disclosure document that misrepresents, omits, hides or disguises the true nature of the event or transaction, and all entries and reports must be made in a timely manner. All personnel are responsible for immediately reporting any concerns about the company's financial records and its accounting, internal accounting controls and auditing procedures to Human Resources.

*Records Retention*

Certain documents and other records of the company must be retained for various periods of time under legal and regulatory requirements. All records of the company should be maintained in accordance with the company's record retention guidelines. In any event, employees must not destroy, shred or alter records that are in any way related to a threatened, imminent or pending legal or administrative proceeding, litigation, audit or investigation. Any company personnel who become aware of such a proceeding, litigation, audit or investigation must immediately contact his/her supervisor or Human Resources. Employees should consult their supervisors or Human Resources for questions related to the company's record retention guidelines or the propriety of disposing of a company document or record.

**Enforcement**

The company's management is charged by its board with ensuring that this code and the company's corporate policies will govern, without exception, all business activities of the company.

**Where to Go with a Question, Concern, or to Report a Violation**

If you need an explanation or you want to know if a provision of the code applies to a certain situation, the best place to start is with your supervisor or the Human Resources Department. If you believe a fellow employee is violating the code or otherwise acting in an illegal or unethical manner, you must report it. Doing so will not be considered an act of disloyalty but rather an action showing your sense of responsibility and fairness to the company's guests, customers, suppliers, ultimate shareholders and other stakeholders and fellow employees; you also help safeguard the reputation and the assets of the company. Reporting violations of the code is also necessary because in some cases failure to report an illegal act by another person is itself a criminal act for which you could be prosecuted. Violations of the code may cause an employee, officer or director to be subject to appropriate action, up to and including disciplinary action or immediate termination.

Violations may be reported to your supervisor or Human Resources. If you do not believe that the violation has been adequately addressed, report the violation to the general counsel or other board-designated officer. Your report will be investigated with confidentiality and you will be protected from

retaliation. If you are concerned about confidentiality, you can make a report anonymously by following the company's whistleblower procedures.

**Waivers of the code**

In certain extraordinary situations, a waiver of a provision of the code may be granted. Contact Human Resources if you believe special circumstances warrant a waiver of any of the code's provisions. Any waiver of the code for executive officers or directors may be made only by the board of Cineworld or an appropriate committee or representative of the board. If required, waivers will be promptly disclosed as required by applicable law and regulation.

**Violations of the Code**

Violations of the code will not be tolerated by the company. Reported violations or apparent violations will be reviewed by company management and the Human Resources Department, and appropriate disciplinary action will be taken, up to and including termination of employment or service with the company.



**Section 4**

Reeling in the

*Benefits*

## Cast Member Benefits

Regal offers a benefits package to all Cast Members. Cast members must meet the specific eligibility requirements to qualify for individual portions of the benefits package.  These requirements involve:

- job classification (full-time, part-time, management, non-management)
- length of service with Regal
- 401(k) plan requirements

As part of the Regal team, you may be entitled to certain additional employee benefits, both during your work shifts and while not working.

For example, during your shift you're entitled to free popcorn and soda, but you must use your own containers. In addition, you are entitled to an employee discount as described below. All other items must be paid for and all purchases must be made from across the front counter.

Free movie passes for you and a guest are one of our most popular benefits. All cast members (management and floor staff) are entitled to the benefit of free movies when off duty. Full-time management (Team Lead & Up) may obtain up to 17 tickets per month. All part-time employees management & cast members may obtain up to 9 tickets per month. Employee passes may not be issued to employees (managers or cast members) while they are on duty. Employee passes should not be used on weekends and holidays when the public's interest in a film is expected to exceed the seating capacity of a theatre; leadership will determine approval in this regard. Cast members may not combine their free movie pass benefit with other pass types, and may not exceed the number of passes allowed per month. Employee passes are valid for all 2D, 3D, RPX and IMAX presentations, and may be used to obtain tickets for ScreenX or 4DX presentations with a paid surcharge. Employee passes are not valid for Special Event presentations such as Fathom Events. Further, cast member passes can be obtained only for same-day performances, and cannot be used to obtain advance tickets.

To effectively manage the employee pass program, each theatre employee will be issued an employee pass card using the Regal Mobile App. This program is based on the Regal Crown Club program; if you do not already have an account, you will need to create one in order to receive this benefit. If you are already a member in the RCC program, this can be converted to the employee pass program. Tickets can be obtained using the mobile app or in-person at the theatre. If purchasing at the theatre, you will be asked to show your pass and valid photo identification to obtain tickets. Management must verify the employee's photo identification before authorizing the employee pass(es) to be issued.

Once your card has been established as an Employee Pass Card, the concessions discount will be available the next day. The free movie passes will become available the Friday after your card is set up.

## Discounts for Regal Cast Members

### Concessions Discounts for Regal Cast Members

All cast members are eligible to receive a discount of up to 50% off most concession menu items during **authorized break periods** or **when attending a movie during their off-times**. This discount is available at any Regal theatre by using the employee pass program. The discount is not valid on alcohol or on products being tested or that are available only for a limited time. The discount is available only for cast

member purchases and cannot be applied to non-employee purchases. Items purchased with the employee concessions discount may be shared with the employee's guest when viewing a movie during off-times. Please note the following additional rules:

- Items may not be resold.
- A receipt must be kept by the cast member.
- Each cast member is limited to eight items per day at the discounted rate.

The unauthorized taking or consumption of non-saleable or saleable food or beverages while on duty is strictly prohibited.

Note: All Regal personnel are prohibited from buying or consuming alcoholic beverages at the theatre they are assigned to any time on days they are scheduled to work, before, during or after their shifts.

If you have any questions, please consult with a member of management.

**Party Room Discount**
Regal employees wishing to book a birthday party at theatres offering party rooms can reserve the party room free of charge or deposit; however, all other admission and concessions charges are still applicable. Contact a member of management for party room availability, and please note that the reservation will be set up at the theatre manager's discretion.

**Other Available Discounts**
All cast members are eligible for numerous discount offers on goods and services. See a member of management for details.

## Insurance Plans

Medical Insurance is available to all regular full-time employees or any employee who meets the eligibility requirements of the plan. Additional insurance benefits are available to all regular full-time employees. Please contact the Director of Benefits at the Corporate Office for any questions regarding insurance benefits eligibility.

## Life Benefit

In the event a part-time employee passes away during employment with Regal, a $5,000 Life Benefit will be made available to assist the employee's family.

## Regal 401(k) Plan

All employees are eligible to participate in the company 401(k) Program if they meet the following criteria:

- 21 years of age or over
- 6 months service

Eligible employees may enroll at any time and the effective date will be the first day of the month following processing. Employees may contribute from 1% to 50% of annual wages up to the IRS maximum. There is no vesting period—enrolled employees are 100% vested immediately.

The Company matches 100% of the first 3% of employee salary contribution, then 50% of the next 2%

of employee salary contribution (subject to the IRS maximum each year).

Employees who are age 50 or over may elect to contribute additional amounts annually as "catch-up" contributions (subject to an IRS maximum per year).

## Retirement

Retiring employees who meet one of the following criteria with Regal receive an Annual Movie Pass (plus one) for life:

- at least 60 years of age with a minimum of 15 consecutive years of employment with Regal
- at least 55 years of age with a minimum of 20 consecutive years of employment with Regal
- at least 50 years of age with a minimum of 25 consecutive years of employment with Regal

Eligible retiring employees must contact the Director of Benefits at the corporate office to verify eligibility upon retirement and annually thereafter.

## Holidays

Regal observes the following holidays each year for pay purposes:

- New Year's Day
- Easter
- July 4
- Thanksgiving
- Christmas

Hourly employees who work on one of the observed holidays will receive one-and-one-half (1 1/2) times their normal hourly rate for each hour worked on the holiday.

Full-time salaried managers must work a minimum of four hours on one of the designated holidays to receive holiday pay equal to their regular salary plus one-half (1/2) their base daily rate.

In addition, any employee considered to be a Veteran (defined by Regal as an active duty United States Armed Forces employee, active reservist, or any employee who has completed active duty or reserve service in the United States Armed Forces and has been discharged or released under honorable conditions) is eligible to receive a full day off with pay on Veterans Day (November 11) in recognition of their service. Individuals eligible for this holiday must be properly identified in the payroll system in order to receive the paid day off.

## Vacation

Regal provides all eligible <u>full-time</u> employees with an annual paid period for rest and relaxation. Full-time eligibility is defined as an employee who is appointed FT status by management and who is scheduled and works 36 or more hours per week, every week of the year. Vacation time is awarded after 90 days of full-time service and subsequently on January 1 of each year. Employees hired or promoted to full-time status will receive a prorated amount of vacation time for use between their hire/promotion date and the subsequent January 1. Full-time employees who meet the eligibility requirements receive the following number of weeks of annual vacation:

- 90 days to less than 1 year FT service:     up to 1 week (prorated based on hire date)
- 1 to 4 years of completed FT service:     2 weeks
- 5 to 9 years of completed FT service:     3 weeks
- 10 or more years of completed FT service:     4 weeks

Employees do not earn additional paid vacation if the specified amount of vested vacation remains unused. Employees may not receive payment in lieu of vacation time, except for vested but unused vacation at the time of termination.

Employees may use their vested vacation in 1-hour increments up to the total number of days available. The company reserves the right to determine vacation schedules or to rearrange vacation schedules at any time as circumstances may require.

Any portion of this policy that is in direct conflict with state or local laws shall be superseded by the state or local laws.

## Sick Leave

On January 1 of each year, all full-time employees (management and non-management) receive five paid sick days for use during the calendar year. Your immediate supervisor (either your GM or District Manager) must approve the use of sick days, and the time must be submitted by management to the Payroll Department. Sick days can only be used for personal or dependent illness that prohibits an employee from performing their duties, or can used for necessary appointments with a health care provider. Sick leave may be used in 1-hour units up to the total number of days available.

Should an illness extend beyond three consecutive days, your management team must notify the Benefits Department for possible FMLA eligibility.

Sick days do not carry over from one year to the next, nor are any payments made in lieu of unused sick time. Sick days are not earned until an illness occurs requiring the use of the sick day. Full-time employees will not receive payment for unused sick time at the end of the calendar year or upon termination.

Regal also extends eligibility for sick time to include all full-time employees who reach full time status during the year. In this instance, sick time will be prorated during the first year of full-time employment status, with the full benefit becoming available on the subsequent January 1.

Any portion of this policy that is in direct conflict with state or local laws shall be superseded by the state or local laws.

## Jury Duty

Time off (and pay) for jury duty will be granted to employees in accordance with state laws. Full-time employees will receive their base salary for time spent serving as jurors. Any employee summoned to jury duty is expected to return to work when they is released from jury duty or has completed their time in the jury pool.

Any portion of this policy that is in direct conflict with state or local laws shall be superseded by the state or local laws.

## Employee Financial Assistance Program

Recognizing everyone occasionally experiences personal problems that are difficult to manage without assistance, Regal provides an Employee Financial Assistance Program (EFAP) for use by Regal employees.  EFAP awards are granted to Regal employees in order to provide financial assistance in times of unforeseen, catastrophic financial distress. Requests are considered based on unforeseen financial circumstances experienced by Regal employees. An EFAP award is a one-time cash award that is granted solely for the purpose of remedying an Regal employee's financial distress.

### Eligibility

All Regal employees in good standing and with at least one year of consecutive service to Regal or its subsidiaries are eligible to request an EFAP award. All EFAP awards are made by the EFAP Committee at its sole discretion. The EFAP Committee is comprised of three top-level management personnel, two mid-level management personnel, and two theatre-level managers.

### Confidentiality

All information relating to EFAP participation is strictly confidential. EFAP records are maintained only by the EFAP Committee and the Committee does not release specific information about an Regal employee's use of EFAP services unless the Regal employee gives their advance written consent.

Employees can contact the EFAP office directly via phone at 865-925-9472 or via email at efap@regalcinemas.com. Information also is available through the Benefits Department. To obtain the EFAP Request Form, please email efap@regalcinemas.com. The completed form can be emailed to efap@regalcinemas.com, faxed to the EFAP representative at 833-616-9411, or mailed to the attention of EFAP at the corporate office address.

## Disaster Relief Program

In situations where a natural disaster (such as a hurricane or earthquake) occurs which requires the theatre to be closed for more than seven consecutive days, Regal will pay the average daily wage to employees who would have been scheduled to work between the date of closure and one of the following, whichever comes first:

- The theatre reopens
- You are temporarily reassigned to another nearby theatre
- Six months pass
- It is determined that the theatre will not reopen

To qualify, you must have had hours worked in the 5 weeks previous to the event, and the average wage will be based on the average hours worked in the previous 5 weeks. This policy does not apply in the event of a theatre closing down due to a local, state or national emergency shutdown.

## Funeral Leave

If a member of an employee's immediate family dies, the employee will receive time off at base pay for any ordinary or scheduled workdays missed to attend the funeral. Family is defined to include an employee's spouse, children, grandchildren, stepchildren, parents, step-parents, grandparents, siblings,

aunts, uncles, nieces, nephews, legal guardians, and in-laws (in-laws being defined as parents, siblings, children, and grandparents.) It is expected that most funeral leaves will not last longer than three days. However, in the event that it is necessary to travel or be away from work for additional time, an employee must communicate such needs to and obtain approval from their supervisor.

Should funeral leave become necessary, contact a member of management so the time can be entered into the Payroll system and all required information can be submitted.

## Military Leave

Regal grants military leaves of absence to employees who enlist for up to five years of active duty in the United States military or who miss work because of Reserve or National Guard training or a call up to active duty. Regal is committed to protecting the job rights of employees absent on military leave. Employees who are absent because of military obligations should request military leave as far in advance as possible.

While absent on military leave, employees remain in good standing but do not receive pay. During an unpaid military leave of absence, Regal continues to subsidize its portion of the employee's group health care benefits for up to 30 days. Employees absent on military leave for 31 days or longer are eligible for family health benefit coverage from the military. They also can arrange to continue their coverage under Regal's group health plan for up to 24 months.

Employees on military leave do not accrue vacation or sick leave. However, the time off counts toward an employee's length of service for purposes of determining the rate at which employees earn vacation after returning. Similarly, for purposes of determining benefits and pay when employees return from leave, time spent on military leave counts as service with Regal. Employees participating in the company 401(k) Plan can choose to make up missed contributions to the plan on their return from active duty, and such contributions are eligible for employer matching.

Employees who have accumulated vacation leave can schedule vacation at the same time as military leave and be paid. However, employees are not required to use their vacation time while on military leave.

## Voting Leave

Regal encourages its employees to exercise their privileges and duties as citizens, including their right to vote. Employees who do not have sufficient time outside their normal work schedules to vote can request time off to vote in accordance with the guidelines outlined below.

Hourly employees who need time off to vote in general elections or primaries are eligible for up to one hour paid leave at the beginning or end of their shifts. To be eligible, the employee must be scheduled to work at least eight hours that day and not have enough time to vote outside of working hours. Only registered voters are eligible for paid voting leave.

Employees requesting voting leave should arrange for the time in advance with their immediate supervisors and, in no case, later than the day before the election. Unless otherwise required by law, Regal does not consider paid voting leave as time worked for purposes of computing overtime pay.

Any portion of this policy that is in direct conflict with state or local laws shall be superseded by the state or local laws.

# Personal Leave of Absence

To recognize the need of employees who require time off without having the benefit of paid time off, Regal may consider a personal leave of absence without pay for up to a maximum of 30 calendar days per anniversary year.

Please note that individuals taking a personal leave are not guaranteed a position upon completion of their leave and all such decisions will be determined by business requirements.

The 12-month anniversary year begins on the date an employee first takes personal leave.

Personal leave may be granted for reasons that may not apply to other types of leave of absence, provided the maximum amount of personal leave time (30 calendar days per anniversary year) has not been used. The decision to grant a personal leave of absence will be based on the business needs of the company and the employee's particular circumstances.

Please note that a Personal Leave of Absence is not intended to replace any other leave to which an employee may be entitled to such as FMLA, military leave, school leave, etc. In the event an employee qualifies for additional leaves, all such leaves will run and be calculated concurrently. All medical leaves of absence should continue to be sent to the Benefits Department for possible FMLA qualification.

Note: Any available paid time must be used at the beginning of this leave. Any paid time will run concurrently with Personal Leave. For example, a full-time employee wishing to take 30 days off to visit family overseas, but who has only two weeks of paid time (vacation) available may be approved for 30 days off. However, in the first two weeks of the 30 days the employee must exhaust the two weeks paid vacation and the remaining time will be unpaid personal leave. The employee cannot use their two weeks paid vacation and then take an additional unpaid 30 days.

### Eligibility

All employees with a minimum three (3) months consecutive service may request an unpaid personal leave of absence. Job performance, absenteeism, and departmental/business requirements will be taken into consideration before a request is approved.

Requests for unpaid personal leave may be denied or granted by the company for any reason or no reason and are within the sole discretion of Regal. Personal Leave must be approved by the GM and HR.

### Requesting Unpaid Personal Leave

An employee desiring a leave must notify their manager by submitting a written request at least 30 days prior to the desired leave date or as soon as practical in an emergency situation. Employees should understand that not all requests for personal leave may be granted due to business staffing needs. Your manager will provide a decision to you as soon as feasible after receipt of your written request.

### Returning to Work After a Personal Leave of Absence

Employees on leave are required to return from the unpaid personal leave on the originally scheduled return date. However, if necessary, the length of the leave may be decreased due to business needs.

Further, if an employee is unable to return when scheduled, they must request an extension of time in writing (if the maximum leave period of 30 days has not been exhausted.) If the company does not extend the leave, or the employee does not have any leave time remaining, the employee must then return to work on the originally scheduled return date or be considered to have voluntarily resigned from their employment.

Note: Employees taking personal leave are not guaranteed a position upon completion of their leave and all such decisions will be determined by business requirements.

**Benefits While on a Personal Leave of Absence**

Any employee who is on an approved personal leave may continue to receive benefits coverage under the group health care plan, if applicable. Employees who are using paid time will have the premiums paid through payroll deduction. Employees on an unpaid leave will need to submit their portion of the monthly premium payment to the Benefits Department in a timely manner.

While on Personal Leave, cast members must pay regular prices when seeing movies at any Regal theatre.  Pass privileges will be reinstated once the employee returns to work.

## School Leave Policy

Cast members needing time away from work for school related reasons may request to be placed on school leave. School leave is not intended for those cast members who are otherwise able to work. School leave is an unpaid leave of absence for a maximum of six months, and does not guarantee a position will be available upon conclusion of the leave. Regal does not guarantee that cast members who request school leaves will be reinstated to the same position or equivalent pay and benefits when they return. Cast members requesting school leaves must complete a School Leave Request Form, and full-time employees wishing to take school leave must first request a change to part-time status. School leave requests are subject to management approval. See a member of management for instructions on how to request a school leave. Employees in supervisory roles are not eligible for School Leave.

For employee status purposes, cast members who return from school leave will be considered part-time regular employees, meaning they may be scheduled to work up to 25 hours per week.

While on School Leave, cast members must pay regular prices when seeing movies at any Regal theatre. Pass privileges will be reinstated once the employee returns to work.

## Family & Medical Leave of Absence

A family or medical leave of absence is defined as an approved absence available to eligible employees for up to 12 weeks of unpaid leave a year under specific circumstances that are critical to the employees or their family members. Leave may be taken:

- on the birth of an employee's child
- on the placement of a child for adoption or foster care with an employee (restricted to children under age 18 unless incapable of self-care because of physical or mental disability)
- to bond with a newborn or a child placed for adoption or foster care with an employee within the first 12 months after birth or placement

- when an employee is needed to care for a child, spouse, or parent who has a serious health condition
- when an employee is unable to perform at least one of the essential functions of his or her position because of the employee's own serious health condition
- when an employee's spouse, child, or parent is called up for or is on active duty in the Armed Forces and the employee's circumstances justify their need for leave

**Amount of Leave**

The Family and Medical Leave Act (FMLA) entitles certain employees to 12 weeks of leave.

Service Member Family Leave: Eligible employees may take up to 26 weeks of FMLA leave in a single 12-month period because their spouse, child, parent or next of kin (nearest blood relative) is seriously ill or injured as a result of serving on active duty in the Armed Forces.

**Qualifications for Leave**

To be entitled to FMLA leave, an employee must have been employed by Regal for 12 months, working at least 1,250 hours during the 12-month period immediately preceding FMLA leave.

Exception: If an employee on leave is salaried and among the highest paid 10 percent of company employees employed by the company within 75 surface miles of the facility at which the employee is employed, and keeping the job open for the employee would result in substantial and grievous economic injury to the company, the employee can be denied job restoration after leave. In this situation, however, the employee will be given an opportunity to return to work upon notification.

**Procedures for Requesting Leave**

A Request for Family and Medical Leave of Absence Form must be filled out by the employee. Please contact the Benefits Department for guidance as soon as you believe you may need leave. If possible, the form should be submitted 30 days before the effective date of the leave. All requests for family and medical leaves of absence due to illness must include sufficient medical certification stating:

1. the date on which the serious health condition began
2. the probable duration of the condition
3. the appropriate medical facts that the health care provider knows about the condition

For leave to care for a child, spouse or parent, the certificate must include an estimate of the amount of time that the employee will need to provide such care. For leave for an employee's own illness, the certificate must state that the employee is unable to perform at least one of the functions of their position. For certification for intermittent leave or absence on a reduced-leave schedule for planned medical treatment, the certificate must state the dates on which such treatment is expected to be given and the duration of the treatment.

**Spouse Rule**

Spouses who are eligible for FMLA leave are limited to a combined total of 12 weeks of leave if the leave is taken for the birth, adoption, or foster care placement of a child or to care for a parent with a serious health condition. They are limited to a total of 26 weeks for service member family leave and all other FMLA-qualifying reasons in a single 12-month period.

## Period for Taking Leave

The 12-week FMLA leave may be taken during the 12-month period beginning on the date you first take FMLA leave. FMLA may be taken intermittently or on a reduced leave (part-time) basis. However, if FMLA is taken on an intermittent or reduced-leave basis, you may be transferred temporarily to an available alternate position which better accommodates recurring periods of leave. In addition, FMLA leave must be concluded within one year of the birth or placement.

Employees on short-term disability or workers' compensation are required to take FMLA leave concurrently.

## Employee Notice

To take FMLA leave, you must give the company at least 30 days advance notice if the need for the leave is foreseeable. If the 30-day notice cannot be given because of an unexpected change in circumstances, a medical emergency, or the like, notice must be given with as much lead time as possible, normally within one or two working days of when you become aware of the need for FMLA leave except in extraordinary circumstances. When planning medical treatment for you or a family member, to the extent medically possible to do so, you should work with Regal to schedule this leave in a way that does not disrupt business operations. If FMLA leave will cause disruptions, the company may require you to reschedule the leave if it is medically possible to do so. If the required notice is not given, the company may delay FMLA leave until the notice has been given and the appropriate amount of time has passed.

## Medical Certification Before Leave

If you wish to take FMLA leave to care for your seriously ill spouse, child or parent or because of your own serious health condition, you must provide to the company a medical certification from the treating health care provider. This certification must be provided within 15 calendar days of your request for FMLA leave. If there is no form attached, you may obtain one from the Human Resources Department. For the employee's own medical leave, the certification must include a statement that the employee is unable to perform at least one of the functions of their position. For leave to care for a seriously ill child, spouse, or parent, the certification must include an estimate of the amount of time that the employee is needed to provide such care. If you do not provide this medical certification, your request for FMLA leave may be denied.

The Company also reserves the right to obtain a second or third medical certification at the company's expense as allowed by the FMLA. Additional medical certifications also may be requested by the company in accordance with FMLA regulations

## Substitution of Paid Leave

FMLA leave is unpaid.  However, you must substitute any paid vacation time, sick leave, short-term disability, or any other paid time off that you may have earned in place of the unpaid FMLA leave until this earned paid leave has been fully used. Any remaining FMLA leave will be unpaid. The only exception to this substitution rule is that short-term disability can be substituted in the case of caring for yourself as a result of a serious health condition—if the serious health condition qualifies as a disability under Regal's short-term disability plan and if the terms and conditions of this plan are otherwise satisfied.

## Group Health Insurance

During the period of FMLA leave, group health coverage will remain in effect for you. If paid leave is substituted as discussed above, your portion of the premium will continue to be paid through payroll deductions. If all or part of the leave is unpaid, then you must pay your portion of the premium on the same schedule as payments are made under COBRA or you may prepay the premiums before the leave begins. If your portion of the premium is not paid in a timely manner, your group health insurance coverage may lapse during your FMLA leave. If you fail to return to work for at least 30 calendar days after your FMLA leave, Regal reserves the right to recover its share of group insurance premiums for your health insurance coverage—unless the failure to return is due to the continuation, recurrence, or onset of a serious health condition or other circumstances beyond your control.

Should you fail to return to work at the end of the FMLA period, the last day of coverage under your group insurance eligibility will be last day of the month in which the FMLA period ends. If this occurs, you will receive information regarding continuation of your coverage under COBRA.

**Status Report**

While you are on FMLA leave, you must report to the Human Resources Department every two weeks regarding your status, including whether you intent to return to work and the date on which you will return, if known.

**Medical Certification Before Return from Leave**

If you have been on FMLA leave because of your own serious health condition, before you can return to work you must provide a medical certification from your treating health care provider stating that you are able to resume work. If you do not provide this medical certification, you will not be permitted to return to work.

**Return from Leave**

When you return from FMLA leave, you will be given the same job you had when you left or an equivalent position. If you do not return during or at the end of your FMLA leave nor request an extension of the agreed-upon period of leave with appropriate documentation, you will be considered to have voluntarily resigned your employment. Further, if you are a key employee as defined in the FMLA (see Exception under Qualifications for Leave, above), under certain circumstances you may be denied the right to return to Regal. However, you may be entitled to disability payments under the company's long-term disability or workers' compensation plans.  In addition, you will be eligible for consideration for rehire if you apply for a position for which you are qualified.

**State and Local FMLA Laws**

Where state or local FMLA laws offer more protection or benefits to employees, the protection provided by such laws will apply.



# Section 5

# Group Policies

## Cineworld Group plc – Anti-Bribery, Corruption and Fraud Policy

The Board's fraud, bribery and corruption policy statement

This policy applies to any irregularity, or suspected irregularity, involving employees as well as consultants, suppliers, contractors, and/or any other parties with a business relationship within Cineworld Group plc, its subsidiaries and associated companies worldwide and joint ventures (the "Cineworld Group").

The Cineworld Group has a commitment to the highest legal, ethical and moral standards. It is therefore also committed to the elimination of bribery, corruption and fraud within the Cineworld Group, and to the rigorous investigation of any such cases. Consistent with those values, the Cineworld Group has a zero-tolerance approach to bribery and corruption.

Where any Cineworld Group employee or worker (including part-time staff, consultants, secondees and agency staff, contractors and representatives) (together referred to as "members of staff") suspects that fraud, corruption or bribery is taking place, it is essential that those suspicions are reported, and the Cineworld Group Whistleblowing Policy provides a confidential mechanism through which suspicions can and should be reported.

It is the responsibility of members of staff of the Cineworld Group to ensure that they read, understand and comply with this policy and any amendments to this policy from time to time.

**Definition of fraud**

The term 'fraud' commonly includes activities such as theft, embezzlement, conspiracy, intentional misrepresentations affecting financial statements, and extortion. Fraud essentially involves using deception to dishonestly make a personal gain for oneself and/or create a loss for another.

**Types of internal fraud**

There are three main categories of fraud that affect organisations.

- Asset misappropriations

These involve the theft or misuse of an organisation's assets. Examples include theft of cash, inventory or plant, false invoicing, false expense claims, accounts receivable fraud, and payroll fraud.

- Fraudulent statements

This is usually in the form of falsification of financial statements in order to obtain some form of improper benefit. It also includes falsifying documents such as member of staff credentials.

- Corruption

This includes activities such as the use of bribes or acceptance of 'kickbacks', improper use of confidential and sensitive information, conflicts of interest and collusive tendering.

- Bribery and Corruption

The Cineworld Group has a zero-tolerance approach to bribery and corruption and complies fully with applicable laws, rules and regulations in all jurisdictions in which it operates including without limitation the UK Bribery Act 2010 (the "UKBA") and U.S. Foreign Corrupt Practices Act of 1977.

**What is a bribe?**

A bribe includes anything of value offered, requested or received, without any minimum value, in order to improperly influence any act, inaction or decision of any person. Bribes can include money, gifts, hospitality, reciprocal favours, political or charitable contributions, offers of employments or internships and the use of assets at a discount or free of charge.

**Prohibition against acts of bribery**

Members of staff must not give or offer, request or accept, directly or indirectly, anything that either is or could reasonably be viewed to be a bribe, and must report as soon as possible any breach of this requirement. Reports should be made to your line manager or Legal/Compliance, or using the whistleblowing procedure detailed in the Cineworld Group Whistleblowing Policy. The Cineworld Group has a zero-tolerance approach to bribery and members of staff must at all times maintain compliance with this policy.

**Gifts and hospitality**

Gifts and hospitality are an established and recognised means through which legitimate business relationships may be built and maintained. Gifts and hospitality do, however, present risk from a bribery and corruption perspective. For this reason, the Cineworld Group only gives gifts or provides hospitality where to do so is transparent, proportionate, infrequent or occasional, and could not be reasonably viewed as an attempt improperly to influence any act, inaction or decision of the recipient of the gift or hospitality. Where there is any doubt as to whether a gift or hospitality is appropriate, you should seek guidance from your line manager or Legal/Compliance.

**Public officials**

Any engagement with public officials gives rise to a heightened risk of bribery, particularly in the context of gifts and entertainment. A public official for these purposes includes any government or public official, as well as any director, officer, employee, agent or representative of any organization which is wholly or in part state owned.

Public officials give rise to particular risk as regards gifts and hospitality. The Cineworld Group's position is that gifts and hospitality should not be offered or provided to public officials save in exceptional circumstances, and with the prior approval of Legal/Compliance.

You should contact your line manager or Legal/Compliance if you have any doubt as to whether a person is a "public official".

**Facilitation Payments**

Facilitation payments, also known as "back-handers" or "grease payments," typically are small, unofficial payments made to secure or expedite a routine or necessary action by a public official. Facilitation payments are prohibited by the UKBA and the Cineworld Group and its members of staff therefore do not make facilitation payments.

If you encounter a public official who offers you a fast track or demands a facilitation payment from you, you should refer to company policies and the need for management approvals for expenditures and receipts. You should also notify your line manager or Legal/Compliance. Should you be in a position where you or others face any risk to your personal safety, you should take all reasonable steps to ensure the safety of you or others and then report the incident to your line manager, Human Resources and/or Legal/Compliance as soon as it is safe to do so.

You should contact your line manager or Legal/Compliance if you have any doubt as to whether a payment is a facilitation payment.

**Donations**

Although we work with parties around the world on issues that promote the well-being of our customers and communities, as a business we have no political affiliations and we do not make contributions to political parties. We only make charitable donations that are legal and ethical under local laws and practices.

Charitable contributions and donations must never be provided with the expectation of receiving any improper benefit for Cineworld.

**Business Partner Risks**

Several bribery laws, including the UKBA, extend beyond the employees of a company to include third parties acting on behalf of a company, such as consultants and agents. This means that a company in the Cineworld Group may become liable for acts of bribery by those representing the Cineworld Group. You should therefore take steps to monitor the behavior of our business partners, including carrying out appropriate due diligence and checks.

Anyone who initiates a third-party relationship or is responsible for such a relationship must show due care to ensure that no bribes will be paid by the third party towards performing their obligations. This includes subcontractors and consultants hired by a business partner to work on behalf of the Cineworld Group. Anti- bribery and corruption provisions will be included in the Cineworld Group's standard terms of business with third parties as a means of mitigating the risk of bribery and corruption committed by third parties.

## Record Keeping

We must keep financial records and have appropriate internal controls in place which evidence the business reason for making payments to third parties.

All accounts, invoices, memoranda and other documents and records relating to dealings with third parties, such as customers, suppliers and business contacts should be prepared and maintained with strict accuracy and completeness. No accounts should be kept "off-book" to facilitate or conceal improper payments.

## Cineworld Group anti-bribery, fraud and corruption strategy

The Cineworld Group relies on a robust strategy with three main components to manage the risk of bribery, fraud and corruption. These components are:

- Prevention
- Detection
- Response

They form part of the overall Cineworld Group risk management policy, processes and internal controls.

## Prevention

The Cineworld Group has established policies, procedures and controls which are aimed at preventing bribery, fraud and corruption. Examples of policies are:

- Disciplinary Policy
- Ethics Policy
- Anti-Bribery, Corruption and Fraud Policy
- Whistleblowing Policy

Examples of internal controls include but are not limited to IT system controls, segregation of duties, authorisation and approvals, security awareness, CCTV monitoring and physical controls such as restriction of access to sensitive areas.

## Detection

The Cineworld Group has established fraud, corruption and bribery detection measures. Examples of these at operational level include cinema internal controls and risk management processes documented in the Operations Manual, use of Lodge Services to perform covert integrity testing at cinemas point of sales, use of mystery shoppers, unannounced internal audits, Right to Search policy, surprise till checks and investigations.

The Cineworld Group will continue to employ the use of modern detection techniques. Examples of these include vulnerability scans for website and systems, exception reporting, data mining and computer interrogation.

**Response**

Fraud, corruption and bribery is a gross misconduct offence and will be dealt with in accordance with the Disciplinary Policy and also in accordance with any applicable laws. The offence renders the member of staff liable to summary dismissal (i.e. dismissal without warning, notice or pay in lieu of notice) and criminal or civil prosecution.

Bribery and corruption are punishable in the UK for individuals by up to ten years' imprisonment and if we are found to have taken part in corruption we could face an unlimited fine and face damage to our reputation. The Cineworld Group therefore takes its legal responsibilities very seriously and operates a zero tolerance policy to fraud, corruption and bribery and will report cases to the police or the appropriate prosecuting authority unless there are exceptional circumstances.

The Cineworld Group will also actively seek to recover losses either through deductions from final pay and/or through civil proceedings in the court if the value of losses exceed that which can be deducted from payroll.

The fraud, corruption and bribery response plans for operations and head office must be strictly followed in case of any instance. Key elements of the response plans include:

- A thorough and fair investigation leading to disciplinary process where appropriate and giving due consideration to legislative requirements as regards to police involvement on criminal prosecution and/or civil proceedings to recover any losses.
- Logging details in the fraud, corruption and bribery register for audit committee and board reviews.
- Reviewing all incidents of fraud, corruption and bribery and improving controls in order to prevent any recurrence.

Any investigative activity required will be conducted without regard to any person's relationship to Cineworld, position or length of service.

**Training and dissemination**

Training on this policy has been given to those members of staff for whom the issues raised in this policy are most likely to be relevant, and regular training will be provided as necessary.

This policy will be circulated to all members of staff annually. Members of staff will be required to demonstrate that they have understood this policy and the risks identified within it e.g. by completing e-learning modules.

*Cast Performance Handbook*

**Your responsibilities**

The prevention, detection and reporting of fraud, corruption and bribery are the responsibility of all those working for us or having a business relationship with Cineworld Group. All members of staff are required to avoid any activity that might lead to, or suggest, a breach of this policy.

The board encourages anyone having reasonable suspicions of fraud, corruption or bribery to report them in accordance with the confidential Cineworld Group Whistleblowing Policy.

**Duties under the Anti-Bribery, Fraud and Corruption policy**

To ensure the policy is properly implemented, the following duties must be performed on a continuing basis:

The audit committee will oversee the fraud, corruption and bribery risk management strategy, review the anti-bribery, fraud and corruption policy (ensuring that it complies with our legal and ethical obligations) and fraud, corruption and bribery register as part of its duties to the Board. From time to time, the committee will also review the decisions to report cases to the police and other prosecuting authorities in order to be satisfied that they are taken in a fair, objective and legally compliant manner and that the decision is taken without regard to the member of staff's relationship to the Cineworld Group, position or length of service.

All heads of departments, managers and supervisors have a duty to identify and assess fraud, corruption and bribery risks and implement and operate controls which are effective and efficient.

The anti-fraud, anti-corruption and anti-bribery measures in all areas of the business must be reviewed periodically within the risk management framework in order to ensure they are adequate. Any improvements identified will be made as soon as possible.

All members of staff have a duty to assist line managers in these matters and are encouraged to comment on this policy and suggest ways in which it might be improved. Comments, suggestions and queries should be addressed to the Company Secretary.

*Cast Performance Handbook*

## Cineworld Group plc – Anti-Money Laundering Policy

The Board's Anti-Money Laundering Policy statement

This policy applies to any irregularity, or suspected irregularity, involving employees as well as consultants, suppliers, contractors, and/or any other parties with a business relationship within Cineworld Group plc, its subsidiaries and associated companies worldwide and joint ventures (the "Cineworld Group").

The Cineworld Group has a commitment to the highest legal, ethical and moral standards, and is committed to complying with all applicable laws in the markets in which it operates including anti-money laundering and combatting terrorist financing law and regulation ("AML Laws").

It is the responsibility of all Cineworld Group employees and workers (including part-time staff, consultants, secondees and agency staff, contractors and representatives) (together referred to as "members of staff") to ensure that they read, understand and comply with this policy and any amendments to this policy from time to time.

Failure to comply with AML Laws could undermine our reputation and lead to civil and/or criminal fines and/or other penalties for the Cineworld Group and/or individuals.

This Anti-Money Laundering Policy sets out the Cineworld Group's approach to ensuring that we comply with all applicable AML Laws to manage money laundering and terrorist financing risks throughout the Cineworld Group.

### Definition of money laundering

Money laundering is the process of concealing the criminal origin of money or other assets (such as raw materials), so they appear to come from a legitimate source. Money laundering can take many forms and involve many types of assets, including commodities. While money laundering is usually associated with drug trafficking or organised crime, it may arise in connection with any profit-generating crime including bribery, embezzlement, corruption, extortion, human trafficking, fraud and tax fraud. Money laundering can also be used for the purpose of terrorist financing.

### Cineworld's approach to AML Law compliance

The Cineworld Group is committed to complying with all AML Law in the jurisdictions in which it operates, including without limitation AML Law in force in the UK and US from time to time.

### Cineworld's approach to AML Law compliance

The Cineworld Group is committed to complying with all AML Law in the jurisdictions in which it operates, including without limitation AML Law in force in the UK and US from time to time.

The Cineworld Group must not engage in conduct in breach of AML Law. The following practical measures are implemented throughout the Cineworld Group to ensure compliance with AML Law:

- Policies, standards and training to ensure all members of staff understand what anti-money laundering is, and what the Cineworld Group's roles and responsibilities are.

- Formal escalation channels to flag suspicious or possible or actual anti-money laundering violations. The Company operates a whistleblowing hotline which is available 24/7 to report suspicious activities in accordance with the Whistleblowing Policy.

- Frameworks and procedures designed to continuously monitor for anti-money laundering risks in our business. The Company maintains a financial controls framework that is reviewed annually and high-risk controls are monitored and tested including financial payments and cash controls. Any issues that are identified are reported to Senior Management and the Audit Committee.

Any investigative activity required will be conducted without regard to any person's relationship to Cineworld, position or length of service.


**Common Red Flags**

Individuals and third parties may try and conceal their true identity or avoid the controls the Cineworld Group has in place to detect and prevent money laundering or the financing of terrorism. The Cineworld Group must be alert to situations which ought to raise our suspicions as regards financial crime, and members of staff should report any of the following red flags to Legal/Compliance if detected:

- Payments in non-invoice currencies or in cash or cash equivalents.

- Payments from multiple sources to satisfy a single invoice, or other unusual payment methods.

- Payments to or from an account that is not the normal business relationship account or that is located in a country unrelated to the relevant supply of goods or services.

- Requests for overpayment or for refunds following an overpayment.

- Payments by, through or to (or requests to supply our products to) unrelated third parties or shell/shelf companies.

- Payments or shipments by, through or to companies or individuals established, resident or operating in countries which have the reputation of being 'tax havens', or to bank accounts held in such countries.

- False reporting, such as misrepresenting prices, misdescribing goods or services we provide, misrepresenting payable tax or shipping invoice document discrepancies.

- Failure by customers and suppliers to provide appropriate responses to any due diligence questions raised, including any tax registration details.

- Suspicion that trade partners are involved in criminal activity, including tax evasion.

**Training and dissemination**

Training on this policy has been given to those members of staff for whom the issues raised in this policy are most likely to be relevant, and regular training will be provided as necessary.

This policy will be circulated to all members of staff annually. Members of staff will be required to demonstrate that they have understood this policy and the risks identified within it e.g. by completing e-learning modules.

**Your responsibilities**

The prevention, detection and reporting of money laundering are the responsibility of all those working for us or having a business relationship with the Cineworld Group. All members of staff are required to avoid any activity that might lead to, or suggest, a breach of this policy.

The board encourages anyone having reasonable suspicions of money laundering to report them in accordance with the confidential Cineworld Group Whistleblowing Policy.

**Duties under the Anti-Money Laundering policy**

To ensure the policy is properly implemented, the following duties must be performed on a continuing basis:

- The audit committee will oversee the anti-money laundering risk management strategy and review the anti-money laundering policy (ensuring that it complies with our legal and ethical obligations) as part of its duties to the Board. From time to time, the committee will also review the decisions to report cases to the police and other prosecuting authorities in order to be satisfied that they are taken in a fair, objective and legally compliant manner and that the decision is taken without regard to the member of staff's relationship to the Cineworld Group, position or length of service.
- All heads of departments, managers and supervisors have a duty to identify and assess money-laundering related risks and implement and operate controls which are effective and efficient.
- The anti-money laundering measures in all areas of the business must be reviewed periodically within the risk management framework in order to ensure they are adequate. Any improvements identified will be made as soon as possible.
- All members of staff have a duty to assist line managers in these matters and are encouraged to comment on this policy and suggest ways in which it might be improved. Comments, suggestions and queries should be addressed to the Company Secretary.

## Cineworld Group plc – Sanctions Policy

The Board's Sanctions Policy statement

This policy applies to any irregularity, or suspected irregularity, involving employees as well as consultants, suppliers, contractors, and/or any other parties with a business relationship within Cineworld Group plc, its subsidiaries and associated companies worldwide and joint ventures (the "Cineworld Group").

The Cineworld Group has a commitment to the highest legal, ethical and moral standards, and is committed to complying with all applicable laws in the markets in which it operates including in relation to economic sanctions, trade embargoes, export controls and other restrictive measures ("Sanctions").

It is the responsibility of all Cineworld Group employees and workers (including part-time staff, consultants, secondees and agency staff, contractors and representatives) (together referred to as "members of staff") to ensure that they read, understand and comply with this policy and any amendments to this policy from time to time.

Failure to comply with Sanctions could undermine our reputation and lead to civil and/or criminal fines and/or other penalties for the Cineworld Group and/or individuals.

This Sanctions Policy sets out the Cineworld Group's approach to ensuring that we comply with all applicable sanctions and trade laws and regulations to manage sanctions risks throughout the Cineworld Group.

### Definition of Sanctions

Sanctions are political and/or economic measures which are imposed by national governments or supranational bodies for the purpose of influencing the behaviour, or inhibiting the activities of, a state, national government, group or association, or individual.

Sanctions can include:

- Prohibitions against economic dealings with a sanctioned state, generally or in relation to specific sectors/industries.
- Restrictions on receiving funds from, or making funds or other economic resources available to, a designated person (which could include a company, partnership or unincorporated association, political group or natural person).
- Export controls on specified goods, technology, and software.

The UN and EU, and other jurisdictions including the US and UK, maintain lists of states and designated persons that are subject to Sanctions.

Some Sanctions regimes, notably the US, are extraterritorial in effect and may therefore apply even where there is no immediately obviously jurisdictional nexus to the US.

**Cineworld's approach to Sanctions compliance**

The Cineworld Group is committed to complying with all Sanctions in the jurisdictions in which it operates, including, without limitation, Sanctions administered or enforced by the U.S. government (including without limitation, the U.S. Department of the Treasury's Office of Foreign Assets Control and the U.S. Department of State), the United Nations Security Council, the European Union, Netherlands, Hungary, Poland, Republic of Cyprus, Czech Republic, Slovakia, Bulgaria, Romania or the United Kingdom (including His Majesty's Treasury).

The Cineworld Group must not participate in transactions or engage in conduct in breach of applicable Sanctions and must not engage with any designated person.

The following practical measures are implemented throughout the Cineworld Group to ensure compliance with Sanctions:

- Policies, standards and training to ensure all members of staff understand what Sanctions are, and what their roles and responsibilities are.
- Formal escalation channels to flag suspicious or possible or actual Sanctions violations. The Company operates a whistleblowing hotline which is available 24/7 to report suspicious activities in accordance with the Whistleblowing Policy.
- Frameworks and procedures designed to continuously monitor for Sanctions violation risks in our business. Internal Audit has a monitoring procedure in place that is performed periodically to help ensure that all vendors and suppliers are in compliance with this policy. Any identified exceptions to this policy are communicated with Senior Management and mitigated accordingly.

Any investigative activity required will be conducted without regard to any person's relationship to Cineworld, position or length of service.

**Training and dissemination**

Training on this policy has been given to those members of staff for whom the issues raised in this policy are most likely to be relevant, and regular training will be provided as necessary.

This policy will be circulated to all members of staff annually. Members of staff will be required to demonstrate that they have understood this policy and the risks identified within it e.g. by completing e-learning modules.

**Your responsibilities**

The prevention, detection and reporting of breaches of Sanctions are the responsibility of all those working for us or having a business relationship with Cineworld Group. All members of staff are required to familiarise themselves with this policy and avoid any activity that might lead to, or suggest, a breach of this policy.

Any member of staff who suspects that Cineworld Group may have become concerned in a breach of Sanctions should report those suspicions in accordance with the confidential Cineworld Group Whistleblowing Policy. All heads of departments, managers and supervisors have a duty to identify and assess risks of breaches of Sanctions and operate controls which are effective and efficient.


**Duties under the Sanctions policy**

To ensure the policy is properly implemented, the following duties must be performed on a continuing basis:

- The audit committee will oversee the sanctions compliance risk management strategy and review the sanctions policy (ensuring that it complies with our legal and ethical obligations) as part of its duties to the Board.

- All heads of departments, managers and supervisors have a duty to identify and assess sanctions related risks and implement and operate controls which are effective and efficient.

- The sanction compliance measures in all areas of the business must be reviewed periodically within the risk management framework in order to ensure they are adequate. Any improvements identified will be made as soon as possible.

- All members of staff have a duty to assist line managers in these matters and are encouraged to comment on this policy and suggest ways in which it might be improved. Comments, suggestions and queries should be addressed to the Company Secretary.



The following only apply to the states and locations referenced below.  Additional questions regarding this information should be directed to the Human Resources Department at the Corporate Office.

## CALIFORNIA

### Family Care and Medical Leave (CFRA Leave) Pregnancy Disability Leave

Under the California Family Rights Act of 1993 (CFRA), if you have more than 12 months of service withus and you have worked at least 1,250 hours in the 12-month period before the date you want to begin your leave, you may have the right to an unpaid family care or medical leave (CFRA Leave). This leave may be up to 12 work weeks in a 12-month period for the birth, adoption, or foster care placement ofyour child or for your own serious health condition or that of your child, parent, or spouse.

Even if you are not eligible for CFRA leave, if disabled by pregnancy, childbirth or related medical conditions, you are entitled to take a pregnancy disability leave of up to four months, depending on your period(s) of actual disability. If you are CFRA-eligible, you have certain right to take BOTH a pregnancy disability leave and a CFRA leave for reason of the birth of your child. Both leaves contain a guarantee ofreinstatement to the same or comparable position at the end of the leave, subject to any  defense allowed under the law.

If possible, you must provide at least 30 days advance notice for foreseeable events (such as the expected birth of a child or a planned medical treatment for yourself or a family member). For events that are unforeseeable, we need you to notify us (at least verbally) as soon as you learn of the need for the leave.

Failure to comply with these notice rules is grounds for, and may result in, deferral of the requested leave until you comply with this notice policy.

We may require certification from your health care provider before allowing you a leave for pregnancyor your own serious health condition or certification from the health care provider of your child, parent,or spouse who has a serious health condition before allowing you to take care of that family member. When medically necessary, leave may be taken on an intermittent or a reduced work schedule.

If you are taking leave for the birth, adoption or foster care placement of a child, the basic minimum duration of the leave is two weeks and you must conclude the leave within one year of the birth or placement for adoption or foster care.

Taking a family care or pregnancy disability leave may impact certain of your benefits and your seniority date.   If you want more information regarding your eligibility for a leave and/or the impact of the leave on your seniority and benefits, please contact the Benefits Department at 865-925-9472 or 865-925- 9853.

### Healthy Workplaces/Healthy Families Act of 2014—Paid Sick Leave

The *Healthy Workplaces/Healthy Families Act of 2014* provides for paid sick leave for all employees who have completed 90 days of service with Regal at a California theatre. Employees transferring to a California theatre must complete 90 days of service before becoming eligible to use paid sick leaveunder this provision, and employees transferring from a California theatre to a theatre outside the state will cease accruing sick time.  Regal is not required to pay unused sick time upon termination.

employee's original position in pay, benefits, or working conditions.

## HAWAII

### Eligible Employees

To be eligible, an employee must have been employed by Regal for at least six consecutive months—excluding any paid leave or authorized unpaid leave of absence.

### Reasons for Leave

Eligible employees can take family and medical leave for:

> The birth or adoption of a child; or
>
> Serious health conditions of an employee's child, spouse, parent, or reciprocal beneficiary.

A serious health condition is defined as a physical or mental condition that merits an employee's care during the period of treatment or supervision by a health care provider and:

> Requires inpatient care in a hospital, hospice, or residential health care facility; or
>
> Involves continuing treatment by a health care provider.

The definitions of parent and child include biological, foster, step, and adoptive relationships, along with legal guardians and wards. A parent also can be a grandparent, parent-in-law, or grandparent-in-law. A child can be any age, not just a minor.

Reciprocal beneficiaries are defined as unmarried adults who have significant personal, emotional, and economic relationships with one another, but are restricted legally from marrying.

### Leave Amount

Eligible employees can take up to four weeks of family and medical leave during a calendar year.Unused leave cannot be accumulated. No limit applies to married couples or two family members working for the same employer—each employee remains entitled to take up to four weeks' leave.

The use of family leave is limited to the 12-month period beginning on the date you first take family and medical leave. The family leave per 12-month period is not cumulative and any unused amount does not carry over to the next year.

<u>Intermittent Leave</u>

This leave may be taken intermittently or on a reduced-schedule basis. If taken on an intermittent or reduced-schedule basis, you may be transferred temporarily to an available alternate position that betteraccommodates recurring periods of leave.

The job modification or transfer will be permitted if:

Accrual: Part-time Management and Cast Members accrue 1 hour of paid sick time for every 30 hours worked, to a maximum of 48 hours per year.

Usage:  Paid sick leave may be taken in 1-hour increments, to a maximum of 24 hours per year.  Carryover of up to 48 hours per year is allowed.  The accrual and usage year is seniority date to seniority date (month/day).

Full-time Management become automatically eligible for 24 hours of sick time at the date of hire or promotion.  If they have already accrued an amount more than 24 hours, then the full amount of their accrual (up to 40 hours) will be available to them. They then become eligible for 40 hours annually each January 1. Full-time personnel do not accrue sick time, and they receive the amount reflected in accordance with existing policy on January 1 of each year.

If an employee needs to use sick leave for more than three consecutive days, management must contact the Benefits Department for additional guidance.

**Los Angeles—Paid Sick Leave**

The Los Angeles Minimum Wage Ordinance provides for paid sick leave for all employees who have completed 90 days of service with Regal at a Los Angeles theatre. Employees transferring to a Los Angeles theatre must complete 90 days of service before becoming eligible to use paid sick leave under this provision, and employees transferring from a Los Angeles theatre to a theatre outside the city will cease accruing sick time. Regal is not required to pay unused sick time upon termination.

Accrual All employees accrue 1 hour of paid sick time for every 30 hours worked to a maximum of 48 hours per year.

Usage:  Paid sick leave may be taken in 1-hour increments, to a maximum of 48 hours per year. Carryover of up to 72 hours per year is allowed.  The accrual and usage year is calendar year.

If an employee needs to use sick leave for more than three consecutive days, management must contact the Benefits Department for additional guidance.

**San Diego Earned Sick Leave—Paid Sick Leave**

The City of San Diego Earned Sick Leave and Minimum Wage Ordinance provides for paid sick leave for all employees who have completed 90 days of service with Regal at a San Diego theatre. Employees transferring to a San Diego theatre must complete 90 days of service before becoming eligible to use paid sick leave under this provision, and employees transferring from a San Diego theatre to a theatre outside the city will cease accruing sick time. Regal is not required to pay unused sick time upon termination.

Accrual All employees accrue 1 hour of paid sick time for every 30 hours worked, to a maximum of 80 hours per year.

Usage: Paid sick leave may be taken in 1-hour increments, to a maximum of 40 hours per year.  Carryover of up to 80 hours per year is allowed.  The accrual and usage year is calendar year.

If an employee needs to use sick leave for more than three consecutive days, management must contact the Benefits Department for additional guidance.

**City and County of San Francisco—Paid Parental Leave Ordinance**

If you take time off to bond with a new child, you may be eligible for San Francisco Paid Parental Leave supplemental compensation in addition to your weekly benefit from the California Paid Family Leave program (for up to 6 weeks.)

You may be eligible if you have worked for Regal for 6 months (180 days), work a minimum of 8 hours per week and are receiving California Paid Family Leave benefits to bond with your new child.

For more information, visit http://www.sfgov.org/pplo or call (415) 554-4190.

**CONNECTICUT**

Eligible Employees

To be eligible, an employee must have been employed by Regal for at least 12 months in total and at least 1,000 hours in the 12 months immediately preceding the first day of family and medical leave.

*Cast Performance Handbook*

Reasons for Leave

Eligible employees can take family and medical leave for:

The birth, adoption, or foster placement of a child (biological, adoptive, foster, and step as well as legal wards and guardians);

Their own serious health conditions;

The serious health condition of a parent (includes parent-in-law, or anyone who stood in loco

parentis), spouse (including partner in a civil union), child; or

Organ or bone marrow donation.

Childbirth leave includes any absences caused by pregnancy or required to receive prenatal care. Leave for adoption or foster placement likewise can begin before the date of the child's arrival if the prospective parents must meet certain requirements.

Leave Amount

Eligible employees can take up to 16 weeks of family and medical leave over a two-year period.

Intermittent Leave

This leave may be taken intermittently or on a reduced-schedule basis. If taken on an intermittent or reduced-schedule basis, you may be transferred temporarily to an available alternative position that better accommodates recurring periods of leave.

Interaction with Other Leave Mandates

Any family and medical leave taken that qualifies under both federal and state law counts against an employee's entitlements under both laws.

Medical Certification

If you wish to take leave for the serious health condition of your spouse, child, parent, partner in a civil union, because of your own serious health condition, or due to organ or bone marrow donation, you must provide a medical certification from the treating health care provider. This certification must be provided within 15 calendar days of your request for leave. If you do not provide this medical certification, your request for leave may be denied.

Recertification

We may require periodic recertification no more than once every 30 days and will pay any costs associated with recertification that are not covered by insurance.

Additional Opinions

We reserve the right to obtain a second or third medical certification at the Company's expense. Return-to-Work Certification

If you have been on leave for your own serious health condition (unless the leave was taken on an intermittent or reduced-schedule basis), before you can return to work you must provide a medical certification from your treating health care provider which states you are able to resume work. If you do not provide this medical certification, you will not be permitted to return to work.

*Cast Performance Handbook*

Notification Requirements

Notification of Need for Leave

In order to take this leave, you must give the Company at least 30 days' advance notice of need for leave, or as much advance notice as practicable. When planning medical treatment, you should make a reasonable effort to schedule leave in a way that does not disrupt business operations to the extent that it is medically possible to do so.

Notification that Leave Qualifies as Family and Medical Leave

You will receive notice within two business days of our determination that an absence or other leave qualifies as state family and medical leave.

Notification of Return to Work

While you are on leave, you must report to the Benefits Department every two weeks on your status, including whether you intend to return to work and the date on which you will return, if known.

Pay and Benefits

Paid Leave Substitution

This leave is unpaid. However, you must substitute any paid vacation time, sick leave, short-term disability, or any other paid time off which you may have earned in place of the unpaid leave until this earned paid leave has been fully used. Any remaining leave will be unpaid. The only exception to this substitution rule is that short-term disability can be substituted only for the purpose of caring for yourself as a result of a serious health condition, if the serious health condition qualifies as a disability under the Company's short-term disability plan and if the terms and conditions of this plan are otherwise satisfied.

Benefits Continuation

During the period of leave, group insurance coverage will remain in effect for you. If paid leave is substituted as discussed above, your portion of the premium will continue to be paid through payroll deduction. If all or part of the leave is unpaid, then you must pay your portion of the premiums on the same schedule as payments are made under COBRA or you may prepay the premiums before your leave begins. If your portion of the premium is not paid in a timely manner, your group health coverage may lapse during your leave.

Return to Work

When you return from family and medical leave, you will be given the same position you had when you left or an equivalent position with equivalent benefits, pay, and other employment terms and conditions.

If an employee is unable to perform the functions of his or her original job on returning from leave, we will arrange a transfer to any available position suiting the employee's physical condition. Such a transfer—unlike a transfer to accommodate intermittent leave—does not have to be equivalent to an

The transfer or modification is in compliance with any applicable collective bargaining agreement and any federal or state laws.

The transfer or modified position has equivalent pay and benefits even if the employer must increase the pay and benefits of the alternative job in order to meet the equivalency.

## Interaction with Other Legal Mandates

Any substitution of paid sick leave for unpaid family and medical leave cannot reduce an employee's accrued sick and available leave below the amount required by the state's temporary disability law; however, any sick leave in excess of the minimum statutory equivalent for temporary disability benefits can be used.

Any family and medical leave taken that qualifies under both federal and state law counts against an employee's entitlement under both laws.

## Medical Certification

If you wish to take leave for serious health condition of your spouse, child, parent, or reciprocal beneficiary you must provide a medical certification from the treating health care provider. This certification must be provided within 15 calendar days of your request for leave.   If you do not provide this medical certification, your request for leave may be denied.

You must provide written certification from:

A health care provider to verify the serious health condition of a child, spouse, or parent needing care by an employee;

A health provider or family court to verify the birth of a child; or

A recognized adoption agency, the attorney handling the adoption, or the person designated by the birth parent to select and approve the adoptive family to verify an adoption.

For situations where the serious health condition is chronic and continuous, and you foresee the need for family leave in another 12-month period, you must provide certification by the health care provider for each 12-month period of family leave.

At the Company's expense, we may require recertification during the course of any 12-month period, but not more often than 30 days, if:

Circumstances described by the previous certification have changed significantly, e.g. the duration of the illness, the nature of the illness, and complications; or

We received information that casts doubt upon your stated reason for the absence.

For purposes of confirming family relationships in granting family leave, we may require you to provide reasonable documentation or a statement of the relationship.  Reasonable documentation includes, but is not limited to, a court document, or a birth, marriage, or reciprocal beneficiary certificate.

## Notification Requirements

In order to take this leave, you must give the Company at least 30 days' advance notice of need for leave, or as much advance notice as practicable. When planning medical treatment, you should make a reasonable effort to schedule leave in a way that

it is medically possible to do so.

## Pay and Benefits

### Paid Leave Substitution

This leave is unpaid. However, you must substitute any paid vacation time, sick leave, or any other paid time off which you may have earned of the unpaid leave until this earned paid leave has been fully used.  Any remaining leave will be unpaid.

### Benefits Continuation

During the period of leave, group insurance coverage will remain in effect for you. If paid leave is substituted as discussed above, then any a ble portion of your premium will continue to be paid through payroll deduction.

## Return to Work

On return from family and medical leave, you will be restored to your former position or to a position with equivalent pay, benefits, and oth ployment terms and conditions. If you give us reasonable advance notice of at least two days requesting a return to work earlier than orig granted, you willbe promptly reinstated to your original or an equivalent position of employment.

## Exceptions

You are not entitled to reinstatement when a layoff or workforce reduction during the leave periodwould have eliminated the origi tion if you had not been on leave. However, you would in this situation retain all rights, including seniority rights, under any applicable layof recall system.

## MARYLAND

### Montgomery County Earned Sick and Safe Leave

The *Montgomery County Earned Sick and Safe Leave Law* provides for paid sick leave for all employees who have completed 90 days of servi Regal at a Montgomery County, MD theatre. Employees transferring to a Montgomery County, MD theatre must complete 90 days of servic becoming eligible to use paid sick leave under this provision, and employees transferring from a Montgomery County, MD theatre to a theat side the county will cease accruing sick time. Regal is not required to pay unused sick time upon termination.

Accrual: All employees accrue 1 hour of paid sick time for every 30 hours worked, to a maximum of 56 hours per year.

Usage:  Paid sick leave may be taken in 1-hour increments, to a maximum of 80 hours per year.  Carryover of up to 56 hours per year is allow accrual and usage year is calendar year.

If an employee needs to use sick leave for more than three consecutive days, management must contactthe Benefits Department for additic guidance.

## MASSACHUSETTS

### Domestic Violence Leave

An employer shall permit an employee to take up to 15 days of leave from work in any 12-month periodif:

The employee is using the leave from work to: seek or obtain medical attention, counseling, victim services or legal assistance; secure housing; obtain a protective order from a court; appear in court or before a grand jury; meet with a district attorney or other law enforcement official; or attend child custody proceedings or address other issues directly related to the abusive behavior against the employee or family member of the employee; and

The employee is not the perpetrator of the abusive behavior against such employee's family member.

Except in cases of imminent danger to the health and safety of an employee, an employee seeking leave from work under this Act shall provide appropriate advance notice of the leave to the employer as required by the employer's leave policy.

If there is a threat of imminent danger to the health or safety of an employee or the employee's family member, the employee shall not be required to provide advanced notice of leave; provided, however, that the employee shall notify the employer within three work days that the leave was taken or is being taken under this Act. Such notification may be communicated to the employer by the employee, a family member of the employee or the employee's counselor, social worker, health care worker, member of the clergy, shelter worker, legal advocate or other professional who has assisted the employee in addressing the effects of the abusive behavior on the employee or the employee's family member.

If an unscheduled absence occurs, an employer shall not take any negative action against the employee if the employee, within 30 days from the unauthorized absence or within 30 days from the last unauthorized in the instance of consecutive days of unauthorized absences, provides any of the documentation described in paragraphs (1) to (7) below.

An employer may require an employee to provide documentation evidencing that the employee or employee's family member has been a victim of abusive behavior and that the leave taken is consistent with the conditions of clauses (i) to (iii) above; provided, however, that an employer shall not require an employee to show evidence of an arrest, conviction, or other law enforcement documentation for such abusive behavior. An employee shall provide documentation to the employer within a reasonable period after the employer requests documentation relative to the employee's absence. An employee shall satisfy this documentation requirement by providing any one of the following documents to the employer.

A protective order, order of equitable relief or other documentation issued by a court of competent jurisdiction as a result of abusive behavior against the employee or employee's family member.

A document under the letterhead of the court, provider or public agency which the employee attended for the purposes of acquiring assistance as it relates to the abusive behavior against the employee or the employee's family member.

A police report or statement of a victim or witness provided to the police, including a police incident report, documenting the abusive behavior complained of by the employee or the employee's family member.

Documentation that the perpetrator of the abusive behavior against the employee or family member of the employee has: admitted to sufficient facts to support a finding of guilt or abusive behavior; or has been convicted of, or has been adjudicated a juvenile delinquent by reason of, any offense constituting abusive behavior and which is related to the abusive behavior that necessitated the leave under this Act.

Medical documentation of treatment as a result of the abusive behavior complained of by the employee or employee's family member.

A sworn statement, signed under the penalties of perjury, provided by a counselor, social worker, health care worker, member of the clergy, shelter worker, legal advocate or other professional who has assisted the employee or the employee's family member in addressing the effects of the abusive behavior.

A sworn statement, signed under the penalties of perjury, from the employee attesting that the employee has been the victim of abusive behavior or is the family member of a victim of abusive behavior. Any documentation provided to an employer under this Act may be maintained by the employer in the employee's employment record but only for as long as required for the employer to make a determination as to whether the employee is eligible for leave under this Act.

All information related to the employee's leave under this Act shall be kept confidential by the employer and shall not be disclosed, except to the extent that disclosure is:

> Requested or consented to, in writing, by the employee;

> Ordered to be released by a court of competent jurisdiction;

> Otherwise required by applicable federal or state law;

> Required in the course of an investigation authorized by law enforcement, including but notlimited to an investigation by the attorney general; or

> Necessary to protect the safety of the employee or others employed at the workplace.

An employee seeking leave shall exhaust all annual or vacation leave and sick leave available prior to requesting or taking this leave.

No employer shall coerce, interfere with, restrain or deny the exercise of, or any attempt to exercise, any rights provided under this Act or to make leave requested or taken hereunder contingent upon whether or not the victim maintains contact with the alleged abuser.

No employer shall discharge or in any other manner discriminate against an employee for exercising the employee's rights under this Act. The taking of leave under this Act shall not result in the loss of any employment benefit accrued prior to the date on which the leave taken under this Act commenced. Upon the employee's return from such leave, the employee shall be entitled to restoration to theemployee's original job or to an equivalent position.

**OREGON**

This regulation provides for paid sick leave for all employees who have completed 90 days of service with Regal at an Oregon theatre. Employees transferring to an Oregon theatre must complete 90 days of service before becoming eligible to use paid sick leave under this provision, and employees transferring from an Oregon theatre to a theatre outside Oregon will cease accruing sick time. Regal is not required to pay unused sick time upon termination. Employees begin accruing sick time on the first day of employment or the first day of work at an Oregon theatre.

Accrual: All employees begin to accrue sick time on their first day of work and accrue 1 hour of paid sick time for every 30 hours worked to a maximum of 80 hours per year.

Usage: Paid sick leave may be taken in 1-hour increments, to a maximum of 40 hours per year. Carryover of up to 40 hours per year is allowed. The accrual and usage year is calendar year.

If an employee needs to use sick leave for more than three consecutive days, management must contact the Benefits Department for additional guidance and to determine if medical documentation may be required

**PHILADELPHIA, PA**

The City of Philadelphia's Promoting Healthy Families and Workplaces provides for paid sick leave for all employees who have completed 90 days of service with Regal at a City of Philadelphia theatre.  Employees transferring to a Philadelphia theatre must complete 90 days of service before becoming eligible to use paid sick leave under this provision, and employees transferring from a Philadelphia theatre to a theatre outside the city will cease accruing sick time.

Accrual:  All employees accrue 1 hour of paid sick time for every 40 hours worked, to a maximum of 40 hours per year.

Usage: Paid sick leave may be taken in 1-hour increments, to a maximum of 40 hours per year.  Carryover of up to 40 hours is allowed.  The accrual and usage year is calendar year.

Earned sick time can be used for the employee's own health needs, to care for a family member, or for leave due to domestic abuse or sexual assault.

**TENNESSEE**

The Tennessee Parental Leave Act entitles certain employees to a four-month leave of absence as outlined below. If a leave qualifies for both FMLA leave and Tennessee Parental Leave, the leave counts against your entitlement under both laws. If you have questions about the relationship between FMLA leave and Tennessee Parental Leave, contact the Benefits Department. The Act follows:

§ 4-21-408    Tennessee Parental Leave

(a)

Employees who have been employed by the same employer for at least twelve (12) consecutive months as full-time employees, as determined by the employer at the job site or location, may be absent from such employment for a period not to exceed four (4) months for adoption, pregnancy, childbirth, and nursing an infant, where applicable, referred to as "leave" in this section. With regard to adoption, the four-month period shall begin at the time an employee receives custody of the child.

(b)

Employees who give at least three (3) months' advance notice to their employer of their anticipated date of departure for such leave, their length of leave, and their intention to return to full-time employment after leave, shall be restored to their previous or similar positions with the same status, pay, length of service credit and seniority, wherever applicable, as of the date of their leave.

Employees who are prevented from giving three (3) months' advance notice because of a medical emergency which necessitates that leave begin earlier than originally anticipated shall not forfeit their rights under this section solely because of their failure to give three (3) months' advance notice.

Employees who are prevented from giving three (3) months' advance notice because the notice of adoption was received less than three (3) months in advance shall not forfeit their rights under this section solely because of their failure to give three (3) months' advance notice.

c)

Leave may be with or without pay at the discretion of the employer. Such leave shall not affect the employee's right to receive vacation time, sick leave, bonuses, advancement, seniority, length of service credit, benefits, plans or programs for which the employees were eligible at the date of their  leave, and any other benefits or rights of their employment incident to the employees' employment position; provided that the employer need not provide for the cost of any benefits, plans or programs during the period of such leave unless such employer so provides for all employees on leaves of absence.

If an employee's job position is so unique that the employer cannot, after reasonable efforts, fill that position temporarily, then the employer shall not be liable under this section for failure to reinstate the employee at the end of the leave period.

The purpose of this section is to provide leave time to employees for adoption, pregnancy, childbirth, and nursing the infant, where applicable; therefore, if an employer finds that the employee has utilized the period of leave to actively pursue other employment opportunities or if the employer finds that the employee has worked part time or full time for another employer during the period

*Cast Performance Handbook*

of leave, then the employer shall not be liable under this section for failure to reinstate the employee at the end of the leave.

Whenever the employer shall determine that the employee will not be reinstated at the end of the leave because the employee's position cannot be filled temporarily or because the employee has used the leave to pursue employment opportunities or to work for another employer, the employer shall so notify the employee.

Nothing contained within the provisions of this section shall be construed to:

Affect any bargaining agreement or company policy that provides for greater or additional benefits than those required under this section;

Apply to any employer who employs fewer than one hundred (100) full-time employees on a permanent basis at the job site or location; or diminish or restrict the rights of teachers to leave pursuant to Title 49, chapter 5, part 7 or to return or be reinstated after leave.

## WASHINGTON

Washington regulations provide for paid sick leave for all employees who have completed 90 days of service with Regal at a Washington theatre. Employees transferring to a Washington theatre must complete 90 days of service before becoming eligible to use paid sick leave under this provision, and employees transferring from a Washington theatre to a theatre outside Washington will cease accruing sick time. Regal is not required to pay unused sick time upon termination.

Accrual:  All employees accrue 1 hour of paid sick leave for every 40 hours worked.  There is no maximum accrual amount.

Usage:  There is no maximum usage limit.  Carrover of up to 40 hours is allowed. The accrual and usage year is calendar year.

Notification: Employees must provide reasonable notice of an absence from work for the use of paid sickleave to care for themselves or a family member, or because the employee's child's school or place of care is closed by order of a public official for any health-related reason. Such notice must not interfere with an employee's lawful use of paid sick leave. Any information provided will be kept confidential. Verification may be required if an employee uses paid sick leave for more than three (3) consecutive days for which the employee was required to work.

In foreseeable circumstances (e.g., scheduled surgery, doctor/dental appointment, etc.), the employee should provide reasonable advance notification as early as practicable, before the first day paid sick leave is used.  If possible, notification should include the expected duration of the absence.

For unforeseeable circumstances (e.g., illness, injury, etc.), if circumstances allow, the employeeshould provide notice as soon as the employee learns of the need for paid sick leave. In the event it is not practicable to provide notice of an unforeseeable absence, a person on the employee's behalfmay provide such notice.

If possible, this notification should include the expected duration of the absence.

Employee notification of need for use of paid sick leave for domestic violence leave:

An employee must give advance oral or written notice as soon as possible for the foreseeable use of paid sick leave to address issues related to the employee or the employee's family member being a victim of domestic violence, sexual assault, or stalking.

If an employee is unable to give advance notice because of an emergent or unforeseen circumstance related to the employee or the employee's family member being a victim of domestic violence, sexual assault, or stalking, the employee or their designee must give oralor written notice no later than the end of the first day that the employee takes such leave.

Employees transferring from a Washington theatre to a theatre outside of the state will cease accruing sick time. Regal is not required to pay unused sick time upon termination.

If an employee needs to use sick leave for more than three consecutive days, management must contact the Benefits Department foradditional guidance.