UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PORFIRIO GARZA,<br><br>               Plaintiff(s),<br>  v.<br><br>REGAL CINEMAS, et al.,<br><br>               Defendant(s). | CASE NO. C25-1941-KKE<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION SETTING DEADLINES |

       Pending before the Court is the parties' stipulated motion setting deadlines. Dkt. No. 9. The Court GRANTS the parties' stipulated motion. Defendant shall file its responsive pleading to the First Amended Class Action Complaint on or before November 17, 2025. Should Defendant file a motion to dismiss or other responsive pleading requiring a response, Plaintiffs shall file their response on or before December 17, 2025, and Defendant shall file its reply on or before January 5, 2026.

       Dated this 21st day of October, 2025.

                                                   Kymberly K. Evanson
                                                   United States District Judge