The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| PORFIRIO GARZA, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>REGAL CINEMAS, INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>                    Defendants. | No. 2:25-cv-01941-KKE<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING DEADLINES** |

This matter came before the Court on the Parties' stipulated motion to extend briefing deadlines. Being fully informed, the stipulated request to extend briefing deadlines is GRANTED. The Court ORDERS the parties to submit briefing consistent with the following schedule:

| | |
|---|---|
| Plaintiff's opposition to Defendant's Motion for Summary Judgment and to Strike Class Allegations | July 13, 2026 |
| Defendant's reply in support of Defendant's Motion for Summary Judgment and to Strike Class Allegations | July 27, 2026 |
| Plaintiff's reply in support of Plaintiff's Motion for Class Certification | July 27, 2026 |

ORDER GRANTING STIPULATED MOTION TO EXTEND
BRIEFING DEADLINES - 1

No. 2:25-cv-01941-KKE

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

Plaintiff shall re-note his motion for class certification to July 27, 2026. And Defendant shall re-note its motion for summary judgment or to strike class allegations to July 27, 2026.

DATED this 6th day of July, 2026.

Kymberly K. Evanson
United States District Judge

Presented by:

EMERY REDDY, PC

By: /s/ Hannah Hamley
    Hannah Hamley, WSBA No. 59020
    Timothy W. Emery, WSBA No. 34078
    Patrick B. Reddy, WSBA No. 34092
    Paul Cipriani, WSBA No. 59991
    600 Stewart Street, Suite 1100
    Seattle, WA 98101
    Phone: (206) 442-9106
    Fax: (206) 441-9711
    Email: emeryt@emeryreddy.com
    Email: reddyp@emeryreddy.com
    Email: paul@emeryreddy.com
    Email: hannah@emeryreddy.com
    Attorneys for Plaintiff


ARNOLD & PORTER KAYE SCHOLER LLP

By: s/ Ryan J. Groshong
    Patrick M. Madden, WSBA #21356
    Ryan J. Groshong, WSBA #44133
    Benjamin Moore, WSBA #55526
    1420 5th Avenue, Suite 1400

ORDER GRANTING STIPULATED MOTION TO EXTEND
BRIEFING DEADLINES - 2

No. 2:25-cv-01941-KKE

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

Seattle, Washington 98101
Phone: (206) 288-0110
Email: patrick.madden@arnoldporter.com
Email: ryan.groshong@arnoldporter.com
Email: ben.moore@arnoldporter.com

*Attorneys for Defendant*

ORDER GRANTING STIPULATED MOTION TO EXTEND
BRIEFING DEADLINES - 3

No. 2:25-cv-01941-KKE

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711